Travis Middleton
27 West Anapamu Street # 153
Santa Barbara, California 93101
Telephone: 805-284-6562
Email: travis_m_93101@yahoo.com

Plaintiff in Pro Se

FILED

2015 DEC 22   AM 11: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Travis Middleton,<br>            Plaintiff,<br>    vs.<br>Santa Barbara Police Department,<br>City of Santa Barbara,<br>Camerino Sanchez, individually and in<br>his official capacity,<br>Officer Freytag, individually,<br>Officer B. Jensen individually,<br>Officer Chung, individually,<br>Denise DeBellefueille, individually,<br>Lee Carter, individually,<br>John/Jane Doe court clerk, individually<br>and in his/her official capacity,<br>            Defendants. | Case No. **CV 15 - 0 9 8 1 8** SVW (AGR)<br><br>COMPLAINT FOR DAMAGES<br>ARISING FROM VIOLATIONS<br>OF CIVIL RIGHTS UNDER 42<br>U.S.C.A. §§ 1983 & 1986<br><br>NO CONSENT TO RULE BY FEDERAL<br>MAGISTRATE (F.R.C.P. 73(a)(b))<br><br>DEMAND FOR 7th AMENDMENT<br>JURY TRIAL<br><br>Request leave to amend<br><br>Notice of Constitutional Challenge<br>Under Fed. Rule of Civ. Proc. 5.1 Filed<br>Concurrently Herewith |

Plaintiff, Travis Middleton ("Plaintiff" or "Plaintiff Middleton") complains as follows:

PAID

DEC 22 2015

Clerk, US District Court 4612

Civil Rights Complaint

## JURISDICTION

**1.** Jurisdiction to hear Plaintiff's claims under the United States Constitution, the Civil Rights Act of 1871, 42 U.S.C.A. § 1983, "its jurisdictional counterpart," 28 U.S.C.A. § 1343(a)(3), 28 U.S.C.A. § 1331 (Federal Question) is brought to redress the deprivation, under color of [State] law, statute, ordinance, regulation, custom, or usage of Plaintiff's rights, privileges, and/or immunities that are secured by the Constitution of the United States of America and any act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States of America; and 28 U.S.C.A. §§ 2201 & 2202 et seq., exists. Plaintiff seeks to recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in Title 42 § 1986 which he had knowledge were about to occur and power to prevent. This is an action for a declaratory judgment, and damages to redress the past deprivation under Plaintiff's 4th and 5th Amendment protections and to prevent further deprivation by the defendants, acting under color of state law and ordinance of rights secured by the Constitution of the United States America, namely, the Due Process Clause and the Equal Protection Clause of the United States Constitution at Amendment 14.

## VENUE

**2.** Venue is proper under 28 U.S.C.A. § 1391(b)(1) & (2) given that the Defendants are quasi-city and or State officials of the city of Santa Barbara, State of California and are therefore subject to the U. S. A. constitutional requirement under the 14th Amendment. All violations to Plaintiff's rights occurred in Santa Barbara County, State of California.

## PARTIES

**3.** The Plaintiff, Travis Middleton, herein after ("Plaintiff" or "Plaintiff Middleton") is a citizen of the United States of America and a resident of Santa Barbara County state of California.

                                        Civil Rights Complaint

**4.** Defendant Santa Barbara Police Department is a duly constituted municipal police agency that was created by and functions under the complete control of the defendant city of Santa Barbara. The Santa Barbara Police Department is being sued in its agency and or municipal capacity under 42 U.S.C. § 1983, pursuant to Monell v. Department of Social Services, 436 U.S. 658(1978), and its progeny.

**5.** Defendant City of Santa Barbara is a municipal corporation existing under and by virtue of the laws of the state of California and is being sued in its municipal capacity under 42 U.S.C. § 1983, pursuant to Monell v. Department of Social Services, 436 U.S. 658(1978), and its progeny.

**6.** Defendant Camerino Sanchez was, at all material times herein, the police chief and a member of the City of Santa Barbara Police Department.

**7.** Defendant Officer Freytag was, at all material times herein, a member of the City of Santa Barbara Police Department.

**8.** Defendant Officer B. Jensen was, at all material times herein, a "Night Watch Commander" and a member of the City of Santa Barbara Police Department.

**9.** Defendant Officer Chung was, at all material times herein, a member of the City of Santa Barbara Police Department.

**10.** Defendant Denise DeBellefeuille was, at all material times herein, the acting sitting judge on behalf of the City of Santa Barbara and a state official of the state of California and is being sued in her personal capacity under 42 U.S.C. § 1983, pursuant to Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) and *Ex parte Young,* 209 U. S. 123 (1908).

**11.** Defendant Lee Carter was, at all material times herein, a deputy district attorney for the county of Santa Barbara and was acting as a state official of the state of California and is being sued in his personal capacity under 42 U.S.C. § 1983, pursuant to Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) and *Ex parte Young,* 209 U. S. 123 (1908).

Civil Rights Complaint

**12.** Defendant[s] John or Jane Doe court clerk was, at all material times herein, an employee and clerk of the Superior Court of California, County of Santa Barbara and is being sued in his/her individual and official capacity.

## CLAIM FOR RELIEF

**13.** Defendants City of Santa Barbara and the Santa Barbara Police Department acting through its agents and employees, defendants Lee Carter, Denise de Bellefeuille, Camerino Sanchez, officers Freytag, B. Jensen and Chung under the color of law and with the apparent authority of both the Santa Barbara Police Department and the City of Santa Barbara, violated Plaintiff's 4th, 5th and 14th Amendment rights under the United States constitution, in violation of 42 U.S.C.A. §§ 1983 and 1986.

**14.** Plaintiff has lived in the city of Santa Barbara California since 1993 and has been harassed and victimized by the city of Santa Barbara and its officials many times over the years.  Defendants have a policy and custom of "trolling" for tickets throughout the city simply to raise revenue and extort monies from Plaintiff and other residents under the pretense of public safety and crime control. This city policy is simply an act of criminal and civil extortion against the public. An internet search on the city of Santa Barbara's web site (*www.santabarbaraca.gov*) reveals the amount of money collected by the Defendants' corrupt activities. See attached under *Exhibit A*, a breakdown of the parking, court and traffic fines extorted from the residents over the last 5 years. Page 1 through 4 under *Exhibit A* shows revenues from parking violations at well over 14 and a half million dollars for the last five years. Municipal court fines for the last five years have totaled over half a million dollars. The night that Plaintiff was stopped by defendant Freytag, Plaintiff's only crime was that of "Driving While Black" (D.W.B.).

**15.** The Defendants have engaged in a common course of conduct, the purpose

Civil Rights Complaint

of which is and was to engage in the violations of law alleged in this Complaint. The patterns of wrongs that are documented in this lawsuit have inflicted great harm upon Plaintiff, the citizens of California, the United States and upon the rule of law.  Plaintiff through this lawsuit seeks damages and relief from these violations by Defendants' corrupt use of their local policies and customs in violation of numerous federally protected rights.  Plaintiff seeks restitution imposing Civil Penalties and granting all other relief provided for under California and United States Law against all named and unnamed Defendants, jointly and severably for engaging in their unlawful and discriminatory practices.

## FACTUAL ALLEGATIONS

**16.**     On the night of December 28, 2013, Plaintiff, accompanied by his sixteen year old son was traveling in Plaintiff's 1995 grey colored Mercedes Benz. Plaintiff was in the process of bringing his son home from a wrestling tournament. It was Saturday night, a holiday weekend. The sky was clear and the streets were quiet and vacant of any motorist or pedestrians. The time was around 9:20 p.m.

**17.**     After getting off the 101 freeway traveling south, Plaintiff exited the freeway onto Mission Street and began traveling down Castillo Street, which is a one-way street. Castillo Street goes for several blocks in a southerly direction all the way towards the beach. Along the way, there are several cross streets that intersects with Castillo. Please see attached map and diagram of the area under *Exhibit B*.

**18.**     As Plaintiff drove down Castillo, Plaintiff came upon the street and intended to turn left on, Victoria Street. As Plaintiff entered onto Victoria Plaintiff noticed police lights behind him. Plaintiff quickly found a safe place to pull over near the 300 block of Victoria.

**19.**     Plaintiff put the car in park. Turned off the engine. Turned on the interior lights so that the officer could clearly see Plaintiff's hands, and then lowered the driver side window about two inches to communicate with Defendant Freytag. The

**Civil Rights Complaint**

time was now 9:30 p.m. Plaintiff knew that the officer would ask to see license, registration and proof of insurance so those documents were ready to be presented when asked.

**20.**     Defendant Freytag approached Plaintiff's driver side window and immediately stated these words: "I pulled you over because you failed to use your left-hand turn signal back there and because of your tinted windows" (*please note that at this time of night, there were no pedestrians walking about attempting to cross the street or waiting for Plaintiff to turn. There were no other motorist traveling toward Plaintiff going in the opposite direction waiting for Plaintiff to indicate his intention to turn. This was a one-way street on a holiday weekend with no other motorist in front or behind Plaintiff and no residents out and about anywhere in the area*).

**21.**  Defendant Freytag then requested Plaintiff's license, registration and proof of insurance which Plaintiff attempted to passed through the top portion of the partially lowered window. Defendant Freytag did not like this gesture and demanded that the window be lowered more.

**22.**     Plaintiff responded by asking Defendant Freytag, "What is your probable cause for pulling me over"? Defendant Freytag responded by stating, "I've already told you that....now let down your window"!! Plaintiff responded, "Here is my information, now what is your probable cause for demanding my window come down further"?? At this point, Defendant Freytag insisted that the window be lowered. Plaintiff responded by stated, "No! You have no probable cause for that request and on that basis you request is denied".  "Here take my information"!!

**23.**     Instead of taking Plaintiff's information, Defendant Freytag demanded again more forcibly, "Lower your window"!! Plaintiff then asked "Why"?? Defendant Freytag then stated, "It's for my safety".

**24.**  Plaintiff responded by asking, "Are you afraid of me?" Defendant Freytag responded, "I don't know who you are. Are you on probation or parole"? Plaintiff

**Civil Rights Complaint**

responded, "Let's see, I am a law abiding citizen. I have not committed a crime. I'm unarmed. This is just a routine traffic stop. You are on the outside of my car with a gun, a taser, pepper spray and a night stick, and some how you feel unsafe with my window partially rolled down!? How does that work sir"?

**25.** Irritated with Plaintiff's response, Defendant Freytag then order Plaintiff role down the window and open the car door. Plaintiff responded by stating, "You have no probable cause for such a request and on that basis it will be denied". At this time Defendant Freytag reluctantly takes Plaintiff's license and other information and calls for back up.

**26.** Defendant Freytag then moves toward the rear of Plaintiff's car to write down the license plate number. About 10 (ten) minutes pass and another patrol car arrives on the scene. Defendant Freytag approaches Plaintiff's car window and again orders Plaintiff to open the car door. Plaintiff then requests to speak to Defendant Freytag's supervisor. Defendant Freytag responds by stating that the supervisor was already on the scene. Minutes later, the Night Watch Commander defendant B. Jensen appears on the scene.

**27.** At this time Defendants Freytag and B. Jensen stood at the rear of the car and had a brief conversation. After this conversation, both Defendants Freytag and B. Jensen approached Plaintiff's car again while Defendant B. Jensen (now the lead officer) takes over the traffic stop. The time now is around 9:45 p.m. Once at Plaintiff's window, Defendant B. Jensen ordered Plaintiff to lower the car window. Plaintiff again lowered the car window 2 inches.

**28.** Defendant B. Jensen stated to Plaintiff, "My name is officer Jensen. I'm the Watch Commander. I need you to step out of the car." Plaintiff responded, "No. You have no probable cause for such a request and on that basis your request is denied." Also, you are about to exceed the "Terry Stop" requirement in your traffic stop." Defendant Jensen seemed to not care about the "Terry Stop" principle and stated to Plaintiff, "You're about to elevate this into an arrestable offense under

**Civil Rights Complaint**

Penal Code 140." To which Plaintiff responded, "I don't know what that means, but you're about to elevate this incident into a civil rights suit under Title 42 Section 1983."

**29.**    During this time, Defendant Chung was at the front passenger side of Plaintiff's car tapping on the glass in an attempt to get Plaintiff's son to lower his window. Plaintiff's son did not respond to Defendant Chung." The time was now around 9:48 p.m. Now seeing this police encounter as simple harassment, Plaintiff requested Defendants Freytag and Jensen give back the driver's license and other papers so that Plaintiff could leave the scene.

**30.**    Defendant B. Jensen again stated to Plaintiff, "Step out of the car or be arrested." Plaintiff responded by asking, "What probable cause do you have for arresting me?" "For obstructing a police officer", replied Defendant B. Jensen. Plaintiff responded by asking, "What probable cause and what crime do you have for such an arrest?" "Am I under arrest officer?" "No! You're being detained." Defendant B. Jensen replied. "So what probable cause do you have for further detainment officer?" Plaintiff asked.  To that question Defendant B. Jensen did not answer.

**31.**    Due to Defendants' Freytag and Jensen seemingly fishing expedition, Plaintiff demanded of Defendant Jensen that he cite Plaintiff with a ticket or give back the license and insurance papers so that Plaintiff could be on his way.

**32.**    Finally, Defendant Freytag was instructed by Defendant B. Jensen to cite Plaintiff for a window tint violation under *Cal. Veh. Code Section 26708(a)(2)*. There was no citation for not using the left-hand turn signal which was the main reason Defendant Freytag stated as to why he stopped Plaintiff.

**33.**    Finally, at around the time of 9:50 p.m., the Defendants finished the traffic stop and allowed Plaintiff to leave.

**34.**    On Monday, January 1, 2014, Plaintiff went to the Santa Barbara police station and filed a "Citizen's" complaint on all the officers involved at the traffic

Civil Rights Complaint

stop. Plaintiff met with Watch Commander Aaron A. Baker. Sergeant Baker invited Plaintiff into his office to discuss the traffic encounter. After Plaintiff submitted the citizen's complaint, Sergeant Baker wanted to discuss the encounter which we did. Upon finishing the discussion Sergeant Baker stated that the complaint would go to the Internal Affairs Department and that they would do an internal investigation into the matter.  Sergeant Baker further stated that should Plaintiff not hear from him within two weeks, then Plaintiff should call him back directly. Sergeant Baker then gave Plaintiff a business card and Plaintiff left the office.

**35.**    Two weeks passed by with no word from the Internal Affairs Division with regards to Plaintiff's complaint on the Defendant officers. Plaintiff decided to call Mr. Baker to find out what had been determined by the investigation. Plaintiff called Mr. Baker twice both times only reaching his voice mail recording. Plaintiff left messages to be called back with respect to the complaint on the officers. Mr. Baker never called Plaintiff to inform him of the results of the investigation.

**36.**    On February 18, 2014, Plaintiff received a formal letter from Defendant Camerino Sanchez stating that essentially, Plaintiff's complaint against the Defendant officers were "unfounded". See attached letter from Defendant Sanchez incorporated herein as *Exhibit C.*

**37.**    On Monday, December 28, 2014, Plaintiff returned said citation to the issuing officer Defendant Freytag for reasons that the traffic court lacked jurisdiction to commence an action against Plaintiff.  Additionally, a copy of said refusal and return was sent to the Santa Barbara Traffic Court. *See Exhibit D* attached hereto and made a part hereof.

**38.**    On Monday, December 30, 2014, Plaintiff also requested discovery from Defendant Freytag and sent an identical discovery request to the District Attorney's Office. See attached *Exhibit E* attached hereto and made a part hereof.

Civil Rights Complaint

Neither discovery request was responded to by Defendant Freytag or the D. A.'s office.

**39.** The traffic court appearance was set to be held on January 30, 2014. Plaintiff appeared on January 30, 2014 in department 7 at 8:00 a.m. to contest the citation. Plaintiff discovered that neither his name nor the case was scheduled on the calendar and the case was never called by the commissioner, so Plaintiff left the court house.

**40.** On March 10, 2014, Plaintiff received a letter from the Superior Court of the County of Santa Barbara, Traffic Division. The letter stated in summary that *"the court has received your Denial regarding citation B722928. To resolve your citation you must either pay the amount of $197, or submit the correction along with the fee of $25, post bail for trial in the amount $197 or appear in court for Arraignment."*

**41.** On March 20, 2014, Plaintiff responded to the Santa Barbara Traffic Court's Notice with a Constructive Notice warning the court that their conduct was unlawful for a number of reasons which would put them in liability of a civil rights law suit for damages against each and every official that would cause a damage to Plaintiff's person on property. See attached constructive notice dated March 20, 2014 incorporated herein and a made a part hereof as *Exhibit F*.

**42.** On June 3, 2014, Plaintiff received a Notice from the Department of Motor Vehicles warning that Plaintiff had a Failure to Appear (FTA) and a warning that Plaintiff's license would be suspended should the fines or the (FTA) appearances are not dealt with.

**43.** Plaintiff then went back to the traffic court clerk and had the clerk re-schedule the case for arraignment (on June 13, 2014). After the arraignment the commissioner set the case for court trial for July 21, 2014.

**44.** On June 6, 2014, Plaintiff went to the traffic clerk to retrieve a copy of the whole file which should have had all the correspondence sent from Plaintiff to the

Civil Rights Complaint

court with respect to the traffic citation number B722928. Plaintiff instructed the clerk to copy the whole file. To Plaintiff's surprise there was only a white copy of the traffic citation. None of the other pieces of mail sent to the court were in the file. Someone had removed those correspondences from the file.

**45.**    On Friday, July 18, 2014, three days before the scheduled traffic court trial, Plaintiff removed the traffic case to Federal District Court for the Central District of California for civil rights violations. See attached Removal Notice under 28 U.S.C. § 1443(1) incorporated herein and referenced as ***Exhibit G***. This removed action was lodged under the District Court's case number *CV-14-5591*.

**46.**    On Monday, July 21, 2014, and minutes before Plaintiff's traffic court trial, Plaintiff visited the district attorney's office next door to the court room to inquire about why he did not receive his requested discovery of the traffic stop. When Plaintiff asked the secretary if she had the requested discovery for the case, the secretary looked behind her on the floor and discovered a package with a CD-Rom disc with Plaintiff's name it. This was the video of from the dash-cam of Defendant Freytag's cruiser which documented the traffic stop.

**47.**    Plaintiff asked why it had not been sent out since it was requested back in December and that the trial was about to commence in a few minutes. The secretary seemed puzzled that it was still setting on the floor behind her. She passed Plaintiff the package and Plaintiff paid her the 20 dollar fee for the package.

**48.**    Minutes later in the next building (Monday, July 21, 2014) the judge over the traffic case, Defendant Denise de Bellefeuille, absent any judicial authority, commenced the proceedings and called the traffic case number B722928.

**49.**    Plaintiff took a sit at the front table to address the court's lack of jurisdiction over the matter. Defendant Freytag was asked to give an account of the traffic stop which he did. When Defendant de Bellefeuille asked Plaintiff to state his defense, Plaintiff stated that this case had been removed to District Court the previous Friday the 18th pursuant to the removal statutes.

`Civil Rights Complaint`

- 11

**50.**    Defendant de Bellefeuille did not seem to care about the District Court's authority over this case. Defendant de Bellefeuille also stated that since there was no **Order** from the district court, she would proceed.

**51.**   Plaintiff then stated to Defendant de Bellefeuille that the removal notice should be in her file folder on top since it was the last document filed by Plaintiff. Defendant de Bellefeuille then stated that she had no such removal notice in the file and that she was going to proceed. At this moment Plaintiff thought the possibility existed that the defendant court clerk had removed the removal notice from the file, or all together failed to place it into the court file.

**52.**    Plaintiff stated that he would pass his copy to Defendant Lee Carter so that Defendant Carter could verify, read it, then pass it to the judge, Defendant de Bellefeuille. After Defendant Carter read through the removal notice he then passed it up to Defendant de Bellefeuille. Defendant de Bellefeuille read the notice of removal yet still proceeding in the traffic matter in total absence of jurisdiction. Please see attached digital audio recording of the traffic court trial attached and incorporated herein as *Exhibit H*.

**53.**    Plaintiff was found guilty of the traffic infraction by Defendant de Bellefeuille and was ordered to pay $170.00. See abstract of judgment attached herein and incorporated as *Exhibit I*.

**54.**    After Plaintiff arrived home, Plaintiff played the discovery disc from the D.A.'s office. It showed the inside cockpit view of Defendant Freytag's cruiser. The video also shows that Defendant Freytag starting surveilling Plaintiff at the intersection of Micheltorena and Castillo Street, some two whole blocks from Victoria Street, where Defendant Freytag eventually stopped Plaintiff. See the street lay out of the map on page two under *Exhibit B*.

**55.**    Additionally, the video disc shows the time, date, speed of Plaintiff's car and you can hear Defendant Freytag's car radio blaring in the background.  At the

Civil Rights Complaint

traffic stop the audio of the traffic encounter is over shadowed by the loud music from Defendant Freytag's car radio.

**56.** Essentially, it cannot be heard from the video disc what was said to Plaintiff by Defendants or what Plaintiff said in response to the defendants. Evidently, the audio and video of this video disc for this traffic stop had been tampered with by the defendants.

**57.** It leaves one to ponder, if recording a traffic stop is for the protection of the officer, why would the officer(s) either not record or tamper with the recordings? The video from the car's dash cam indicates that Defendant Freytag was surveilling Plaintiff possibly for the purpose of racial profiling and trolling for tickets only.

**58.** Defendant Freytag's dash cam starts recording Plaintiff at the intersection of Micheltorena and Castillo Street, some two whole blocks before stopping Plaintiff at Victoria. Plaintiff now wonders at which cross-street did Defendant Freytag first observed Plaintiff? At what point in time and how long was Defendant Freytag surveilling Plaintiff before the dash cam was turned on? And what was Defendant Freytag's probable cause for surveilling Plaintiff for such an extending period of time in the first instance?

**59.** It leaves Plaintiff with the sense that the defendants were purposefully involved in police misconduct and tried to erase or alter the evidence of their misconduct from the authorities.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOKED

**60.** Plaintiff Travis Middleton realleges and incorporates each and every allegation set forth in paragraphs 1 through 59, above, as though fully set forth herein.

Civil Rights Complaint

**61.**   At all times material herein, there was in full force and effect certain provisions of the Constitution of the United States, namely, U.S. Constitution Amendment 14, § 1 that states in pertinent part as follows:

… nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**62.**   At all times material herein, there was in full force and effect certain provisions of the Constitution of the United States, namely, U.S. Constitution Amendment V, that states in pertinent part as follows:

… nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**63.**   At all times material herein, there was also in full force and effect a certain statute of the United States known as the Civil Rights Act of 1871, 42 U.S.C.A. § 1983, which provides, in pertinent part as follows:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Civil Rights Complaint

**64.**   At all times material herein, there was also in full force and effect a certain statute of the United States known as the Civil Rights Act of 1871, 42 U.S.C.A. § 1986, which provides, in pertinent part as follows:

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

**65.**   At all times material herein, there was in full force and effect certain provisions of the Constitution of the United States, namely, U.S. Constitution Amendment IV, that states in pertinent part as follows:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and

Civil Rights Complaint

particularly describing the place to be searched, and the persons or things to be seized.

## FIRST FEDERAL CLAIM

**Violation of Plaintiff's Privacy and Liberty Under The Fourth Amendment To The United States Constitution by Plaintiff Against Defendants Freytag, Jensen, & Chung.**

**66.**   Plaintiff Travis Middleton realleges and incorporates in this First Claim for Relief each and every allegation set forth in paragraphs 1 through 65, above, as though fully set forth herein.

*California v. Hodari D.*, 499 U.S. 621, 626 (1991) (Fourth Amendment "seizure" of the person is the same as a common law arrest; there must be either application of physical force or submission to the assertion of authority).

*United States v. Mendenhall*, 446 U.S. 544, 554 (1980) (opinion of Justice Stewart) ("[A] person has been 'seized' within the meaning of the Fourth Amendment only if, in view of all the circumstances surrounding the incident, a reasonable person would have believed that he was not free to leave"). See also *Reid v. Georgia*, 448 U.S. 438 (1980); *United States v. Brignoni-Ponce*, 422 U.S. 873, 878 (1975); *Terry v. Ohio*, 392 U.S. 1, 16 -19 (1968).

**67.**   Plaintiff Middleton has an unqualified right to liberty, to feel and be secure in **all** of Plaintiff's effects, including but not limited to Plaintiff's automobile under the Declaration of Independence and the 4th Amendment to the U.S. constitution. This liberty is not a series of isolated points pricked out in terms of the taking of property; the freedom of speech, press, and religion; the right to keep and bear arms; the freedom from unreasonable searches and seizures; and so on. "It is a

**Civil Rights Complaint**

rational continuum which, broadly speaking, includes a freedom from all substantial arbitrary impositions and purposeless restraints . . . ." Moore v. City of East Cleveland, 431 U.S. 494, 502 (1977) (quoting Poe v. Ullman, 367 U.S. 497, 542-43 (1961) (Harlan, J., dissenting)).

**68.**   Plaintiff's liberty and was imperiled and violated under color of law by Defendants Freytag, Jensen and Chung during the above mentioned traffic stop, and as more specifically plead in paragraphs 16 through 32 above. Defendants' unlawful detention of Plaintiff also constituted false imprisonment of Plaintiff.

**69.**   Defendants' traffic stop constituted an unlawful arrest, false imprisonment and an unlawful seizure of Plaintiff's person in violation of the Fourth Amendment to the U. S. Constitution, as applied to the states through the fourteenth Amendment and as more fully plead in paragraphs 16 through 32 of this complaint.

**70.**   Due to recent display of documented accounts of police violence toward unarmed citizens around the country like the *Kelly Thomas, Eric Garner, Tamir Rice, Michael Brown, Sandra Bland* and many other cases, Plaintiff did not feel secure in getting out of the car. In fact, Plaintiff was very concerned for the physical safety of himself and his sixteen year old son and plainly did not trust these defendant officers.

**71.**   Plaintiff feared that these officers would have inflicted more severe physical violations upon Plaintiff and Plaintiff's son once removed from the car. Fearful of being beaten or shot to death Plaintiff exercised the right of self-preservation and self-defense and did not exit the car.

**72.**   The right of self-defense and self-preservation is natural right long precedent to the U. S. Constitution.

**Self-defense** as stated by Justice Blackstone of *"Blackstone's Commentaries On English Common Law"*:

"The defense of one's self, or the mutual and reciprocal defense of such as stand in the relations of husband and wife, parent and child, master and servant. In these

Civil Rights Complaint

cases, if the party himself or any of these his relations, be forcibly attacked in his person or property, it is lawful for him to repel force by force; and the breach of the peace, which happens, is chargeable upon him only who began the affray. For the law, in this case, respects the passions of the human mind; and (when external violence is offered to a man himself, or those to whom he bears a near connection) makes it lawful in him to do himself that immediate justice, to which he is prompted by nature, and which no prudential motives are strong enough to restrain. It considers that the future process of law is by no means an adequate remedy for injuries accompanied with force; since it is impossible to say to what wanton lengths of rapine or cruelty outrages of this sort might be carried, unless it were permitted a man immediately to oppose one violence with another. Self-defense, therefore, as it is justly called the primary law of nature, so it is not, neither can it be in fact, taken away by the law of society. In the English law particularly it is held an excuse for breaches of the peace, nay even for homicide itself."

*-Blackstone's Commentaries Book 2 pages 1491 & 1493.*

73.   Defendants' actions were wanton, reckless, malice and racially based animus towards Plaintiff. Upon information and belief defendant Freytag stopped Plaintiff only for the crime of "Driving While Black" ("DWB").

74.   The very **idea** that Defendant Freytag can surveille, stop and detain Plaintiff while Plaintiff is **not** in the commission of any criminal activity, and then attempt to place Plaintiff into a position where Plaintiff is required to disprove Plaintiff is **not** involved is some crime, makes no sense constitutionally, and thus constitute a trespass upon the constitutionally protected privacy rights of Plaintiff.

75.   The Supreme Court, in *Arthur v. Morgan,* 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of."

Civil Rights Complaint

**76.**   Plaintiff has an unqualified right to be secure in his person, papers and affects as so guaranteed by the 4th Amendment to the United States constitution.

**77.**   Plaintiff's automobile qualifies as personal affects within the meaning of the 4th Amendment.

**78.**   The tint on Plaintiff's car windows allows security and protection from the harsh elements of the sun and aids in some measure of privacy within Plaintiff's automobile.

**79.**   Plaintiff has unqualified rights that are protected under the liberty clause within the meaning of the 4th Amendment to tint the windows on his property for the protection and security it offers.

**80.**   *Shuttlesworth v. Birmingham* 394 U.S. 147 (1969). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority."

**81.**   "The claim and exercise of a Constitutional Right cannot be converted into a crime." *Miller* v. *Us.,* 230 F, 2d 286,489. "Where rights secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." *Miranda* v. *Arizona,* 384 U.S. 436.

**82.**   Defendants became a **tortfeasor** in their corrupt and unconstitutional behavior. In the absence of any criminal behavior, Plaintiff has a <u>fundamental right to be let alone</u>.

**83.**   Defendants City of Santa Barbara, the Santa Barbara Police Department and Camerino Sanchez all have now condoned and established this policy of "Trolling" for tickets as an unconstitutional and corrupt scheme to raise revenue for the Defendant City of Santa Barbara to the injury of Plaintiff and other residents.

**84.**   There is no compelling state interest in allowing law enforcement officials to "Troll" for tickets while unlawfully targeting innocent residents.

**85.**   Defendants' "Terry Stop" of Plaintiff in its inception, was not a valid stop.

Civil Rights Complaint

86.  Defendants' further detention of Plaintiff was unreasonable in length and scope, in light of its purported original purpose of redressing a failure to use a turn signal, and was not justified by probable cause of **any** criminal activity.

87.  Defendants' extension of detention and questioning beyond the time and scope reasonably required to address Plaintiff's failure to signal was not consensual.

88.  Defendants' conduct of subjecting Plaintiff to an unconstitutional seizure was motivated by purely financial, evil motive or intent, and was reckless and callous indifference to the Fourth and Amendment rights of Plaintiff.

89.  Plaintiff Middleton suffered mental and emotional distress as a result of defendants' unconstitutional seizure.

90.  The Defendant City of Santa Barbara's corporate charter does not allow it to violate constitutional protections of its residents under the guise of illegal traffic stops in violation of the Fourth, Fifth and Fourteenth Amendments to the U. S constitution.

## SECOND FEDERAL CLAIM

**Conspiracy To Violate Plaintiff's Privacy and Liberty Under The Fourth Amendment To The United States Constitution [42 U.S.C § 1986] by Plaintiff Against Defendants Freytag, Jensen, Chung & Sanchez.**

91.  Plaintiff Travis Middleton realleges and incorporates in this Second Claim for Relief each and every allegation set forth in paragraphs 1 through 90, above, as though fully set forth herein.

92.  42 U.S.C.A. § 1986, which provides, in pertinent part as follows:

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or

Civil Rights Complaint

refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action;

**93.** Defendants Freytag, Jensen, Chung & Sanchez are all law enforcement officials and are charged with having knowledge of the law. Law enforcements' first duty under the law is to **know** the law, and second, to follow the law.

**94.** Defendants Freytag, Jensen, Chung & Sanchez, acting individually or together and in concert agreed to conspire to cause a traffic infraction of Failure to Use a Turn Signal and Window Tint violation to be issued against Plaintiff Middleton and assisted in the prosecution of said charges.

**95.** Defendants Freytag, Jensen, Chung & Sanchez and each of them were motivated in the pursuit of a traffic charge against Plaintiff Middleton not by a belief that the charges had any factual or legal merit or that probable cause for its issue existed, but for improper, unlawful and unconstitutional purposes, to-wit:

a). Defendants sought to protect themselves from the civil and/or criminal liabilities for the unlawful "Terry Stop" committed against Plaintiff by tampering with or altering the dash cam video from defendant Freytag's police car which portrayed the events as described herein above of this complaint. All the conduct as alleged in the unlawful "Terry Stop" were sanctioned, allowed and promoted by Defendant Camerino Sanchez. See attached *Exhibit C*.

**96.** Defendants Camerino Sanchez and the City of Santa Barbara by and through their Defendant police officers have an established policy, custom and local practice of "Trolling" for tickets and racially profiling motorist including Plaintiff.

Civil Rights Complaint

**97.** All the Defendants have actual and constructive knowledge of this unconstitutional local policy and said local policy and or custom was the proximate cause of damages behind the deprivation of Plaintiff Middleton's constitutional rights as plead in this complaint.

**98.** While Defendant Freytag was unlawfully targeting Plaintiff Middleton, Defendants Chung and Jensen had a duty to stop defendant Freytag's violations of Plaintiff's constitutional rights but failed to do so. Instead Defendants Chung and Jensen joined in, colluded with, aided and abetted defendant Freytag's unconstitutional and corrupt violations against Plaintiff.

**99.** The conduct of Defendants Freytag, Jensen, Chung & Sanchez as herein above described, particularly in paragraphs 1 through 34, violated Plaintiff Middleton's privacy and the right to be free of unreasonable and unlawful seizure and false imprisonment as so secured by the Fourth and Fourteenth Amendments to the United States Constitution. Defendants are therefore liable for damages to Plaintiff under 42 U.S.C.§§1983 & 1986.

## THIRD FEDERAL CLAIM

**Conspiracy To Violate Plaintiff's Rights That Are Protected Under The Fifth Amendment To The United States Constitution, by Plaintiff Against All Defendants**

**100.** Plaintiff Travis Middleton realleges and incorporates in this Third Claim for Relief each and every allegation set forth in paragraphs 1 through 99, above, as though fully set forth herein.

**101.** Each and every Defendant agreed to join the conspiracy and acted in concert with one another in violating the civil and constitutional rights of Plaintiff Middleton, particularly as plead in paragraphs 16 through 98 herein above.

**102.** During the traffic court proceedings Defendants Freytag, Carter, De Bellefeuille and an unknown court clerk joined the conspiracy of Defendants'

Civil Rights Complaint

Chung and Jensen to further violate the rights of due process of Plaintiff under the Fifth and Fourteenth Amendments to the U. S. constitution which violated 42 U.S.C. §§1983 & 1986.

**103.** The unknown Defendant, John/Jane doe court clerk who tampered with the court file either removed certain items from the court file of case number B722928, specifically, (*the notice of removal to district court [Exhibit G], notice of refusal of the traffic ticket [Exhibit D], request and demand for discovery [Exhibit E and notice of tort liability [Exhibit F]*) or failed to put these items into the file all together.

**104.** The misconduct of the Defendant John/Jane doe court clerk in tampering with the court file was an attempt to give the impression that Plaintiff had not made a challenge to the court's jurisdiction which triggered the Department of Motor Vehicles (DMV) to send a letter threatening the suspension of Plaintiff's driver's license or a warrant being issued for Plaintiff's arrest. Either violation would trigger the ability to raise more money for the defendant city of Santa Barbara.

**105.** The scheme of Defendants was to unlawfully target and cite Plaintiff in the traffic stop to eventually drag Plaintiff into the traffic courts for the sole purpose of illegally extorting money from Plaintiff under some quasi-criminal court proceeding, and as more specifically plead in paragraphs 16 through 96 herein above.

**106.** On information and belief, the Defendants used this traffic scheme and court process to unlawful punish Plaintiff by charging Plaintiff with a crime that did not occur and to subsequently extort the fine of $170.00 from Plaintiff in violation of the takings clause of the Fifth Amendment to the U. S. constitution.

**107.** And as alleged in paragraphs 45 through 48 above, Defendant De Bellefeuille did not have subject matter or any other jurisdiction to hear and rule on the matter in case number B722928, as the case had been removed to Federal District Court.

Civil Rights Complaint

**108.** All Defendants directly and indirectly violated, and aided and abetted the violations of Plaintiff's civil and constitutional rights under color of state law and therefore violated Federal law pursuant to Amendments 4, 5, &14 and is actionable under 42 U.S.C. §§ 1983 and1986.

## FOURTH FEDERAL CLAIM

**Conspiracy To Violate Plaintiff's Rights That Are Protected Under The Fourteenth Amendment To The United States Constitution, by Plaintiff Against All Defendants**

**109.** Plaintiff Travis Middleton realleges and incorporates in this Fourth Claim for Relief each and every allegation set forth in paragraphs 1 through 108 , above, as though fully set forth herein.

**110.** The Defendant's discrimination of Plaintiff is purely a race based animus scheme and is not rationally related to any legitimate government purpose and is without justification, cause, or excuse.

**111.** The Defendant's actions toward Plaintiff regarding the traffic stop and the traffic court proceedings were taken under color of state law and in violation of the Equal Protection Clause of the U.S. Constitution at Amendment 14 for which all the Defendants are liable to Plaintiff under 42 U.S.C.A. §§ 1983, 1986.

**112.** One of the purposes of the Equal Protection Clause of the U.S. Constitution Amendment 14 is to "secure every person within the State's jurisdiction against intentional and arbitrary discrimination, whether occasioned by express terms of a statute or by its improper execution through duly constituted agents." *Village of Willowbrook v. Olech, 528 U.S. 562, 564 (2000).*

**113.** The Defendants, under color of a statute [the DMV Code], ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, has subjected, or has caused to be subjected, Plaintiff to the deprivation of Plaintiff's respective rights, privileges, or immunities secured by the Constitution

Civil Rights Complaint

and laws and therefore is liable to Plaintiff for respective damage and harm.

**114.** California Department of Motor Vehicle Code Sections V.C. Sec. 22107, 22108 & 26708A is not California law.

**115.** Plaintiff's *unalienable rights* were violated; protected by the 1879 California Constitution (as ratified without subsequent amendments) and United States BILL OF RIGHTS, Amendment Four. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated.

**116. Constitution of the State of California 1879 Article IV.**

*Legislative Department.*

Sec. 24: Every Act shall embrace but one subject, which subject shall be expressed in its title. But if any subject shall be embraced in an Act which shall not be expressed in its title, such Act shall be void only as to so much thereof as shall not be expressed in its title. No law shall be revised or amended by reference to its title; but in such case the Act revised or section amended shall be reenacted, and published at length as revised or amended; and all laws of the State of California, and all official writing, and the executive, legislative, and judicial proceedings shall be conducted, preserved, and published in not other than the English.

**117.** This statement was not in the 1849 constitution. It was therefore interpreted as 'merely directory' *Washington v. Page*, whereas in 1879 it is interpreted as evidently to prevent such construction in the future per *Lewis v. Dunne* 134 Cal. 291 (Cal. 1901).

**118.** *Lewis v. Dunne* states the act of March 8, 1901 (that created the Cal. Civ. Code, Civ. Code of Procedure (*or any other state Code*), is unconstitutional, and void for all purposes, and is inoperative to change or in any way affect the law of the state as it stood immediately before the approval of said act.

Civil Rights Complaint

**119.**   Which Plaintiff goes on the point out that the Vehicle Codes [22107, 22108 & 26708A] is also unconstitutional and void for all purposes. *Levine v. Fair Political Practices Com'n*,  222 F.Supp.2d 1182  (E.D. Cal. 2002).

**120.**   As a result of said acts, Plaintiff has suffered emotional duress, humiliation, defamation and monetary loss defending the fraudulent criminal proceeding brought by the conspiracy of all named defendants.

**121.**   Plaintiff has an unqualified Constitutional right to privacy, due process and equal protection of law under the California and U. S. Constitutions.

**122.**   The prosecutorial misconduct, police misconduct and the bad faith actions of all aforementioned Defendants as alleged in this complaint affords them no immunity or protection of any type from damages sustained by Plaintiff pursuant to the holdings in *Scheuer v.Rhodes*, *416 U.S. 232, 94 S.Ct. 683, 1687 (1974); Ex parte Young, 209 U. S. 123 (1908); Monell v. New York City Department of Social Services 436 U.S. 658 (1978); Owen v.City of Independence 445 U.S. 622(1980).*

**123.**   The "supremacy clause" of the Federal Constitution is stronger than state public policy and compels a state to enforce federal statutes [United States Constitutional Amendments] regardless of its "penal" character or of other objections of local policy for the policy of the federal Act is the prevailing policy in every state. See *Testa v. Katt  1947 330 U.S. 386, 67 S. Ct. 810, 91 L.Ed. 967).* When Congress, in the exertion of the power confided to it by the Constitution, adopted that act, it spoke for all the people and all the states, and thereby established a policy for all. That policy is as much the policy of [the State of California] as if the act had emanated from its own legislature, and should be respected accordingly in the courts of the state.' *Mondou v. New York, N.H. & H.R. Co., supra, 223 U.S. at page 57, 32 S.Ct. at page 178, 38 L. R.A.,N.S., 44.* Thus, in a case which chiefly relied upon the *Claflin and Mondou* precedents, this Court stated that a state court cannot 'refuse to enforce the right arising from the law of the United States because of conceptions of impolicy or want of wisdom on

**Civil Rights Complaint**

the part of Congress in having called into play its lawful powers.' *Minneapolis & St. L.R. Co. v. Bombolis, 241U.S. 211, 222 , 36 S.Ct. 595, 598, L.R.A.1917A, 86, Ann.Cas.1916E, 505.*

**124.** The U.S. Supreme Court, in *Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974)* stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct". The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original].

**125.** The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."*Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958)*".

**126.** However, since *Ex parte Young, 209 U. S. 123 (1908)*, it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.

**127.** *Ex parte Young* teaches that, when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is, in that case, stripped of his official or representative character, and is subjected in his person to the consequences of his individual conduct."

**128.** The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

**129.** As a result of the Defendants" culpable conduct, Plaintiff suffered economic and non-economic injuries, including out of pocket expenses, mental anguish, emotional distress, embarrassment, humiliation, and other compensable injuries, for which Plaintiff is entitled to an award of compensatory and punitive

**Civil Rights Complaint**

damages as provided by law.

## RELIEF REQUESTED

WHEREFORE, Plaintiff, prays this Court to enter a judgment for an award of damages in favor of Plaintiff against all Defendants, plus reasonable attorney's fees and costs pursuant to 42 U.S.C.A. § 1988.

WHEREFORE, the Plaintiff respectfully prays that this Court grant the following additional relief:

1. Jury trial on all issues triable by jury;
2. Declaratory order that the V.C. 267008A is void under California law pursuant to Lewis v. Dunn 134 Cal. 291 (Cal. 1901);
3. Declaratory order that the Defendants' acts, policies, and practices described herein violate plaintiff's rights under the United States Constitution and California law;
4. A declaratory order from this court that the actions of Defendants prosecutor and judge complained of herein, be declared to be Obstruction of Justice and extortion under the Racketeer Influenced Corrupt Organizations Act, 18 U.S.C. §§ 1951, 1503 et. seq.;
5. Immediate suspension of the prosecutors' license to practice law pending an investigation of his legal work over the past two years;
6. Immediate suspension of Police Defendants' Police Certifications, pending the outcome of this lawsuit;
7. Compensatory damages in amount of $25,000 from each defendant for each cause of action;
8. Punitive damages to be determined by a jury.
9. Plaintiff's cost of this suit;

Civil Rights Complaint

10. Leave to amend this complaint once discovery is completed in the interest of justice, after Defendants' have raised their usual objections and their avalanche of procedural gimmicks;

11. Such other relief as this Court deems just, proper, and equitable.


November 30, 2015                    Respectfully Submitted,


                                    Travis Middleton


                                    27 West Anapamu St. #153
                                    Santa Barbara, California 93101
                                    ██████████████████████


                                    Civil Rights Complaint

– 29

# VERIFICATION

I, Travis Middleton, am the Plaintiff in the above entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Santa Barbara, California.

Dated: November 30 , 2015

Travis Middleton
27 West Anapamu St. #153
Santa Barbara, California 93101

**Civil Rights Complaint**

# DECLARATION OF TRAVIS MIDDLETON
# IN SUPPORT OF CIVIL RIGHTS COMPALINT

Indeed no more than (affidavits) is necessary to make the prima facie case. U.S. v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982.

That I, the undersigned affiant, Travis Middleton, a man being first duly affirmed by oath declares under penalty of perjury by my signature that the following facts are true, correct and complete to the best of my knowledge and belief, so help me Yahweh, and are admissible as evidence.

1. Affiant is over the age of 21.
2. Affiant has first-hand knowledge of the facts herein.
3. Affiant is competent to state the matters set forth herein.
4. Affiant is an American with unalienable rights.

# STATEMENT OF TRUTH AND FACTS

5. The Declaration of Independence and the United States Constitution is the supreme law of the land and prevails everywhere including the State of California.

6. Affiant has witnessed the defendants disregard the United States constitution in favor of California Code law.

7. Affiant is aware that all defendants including magistrates and attorneys are employees of the state and as such used their positions to abuse their authority to harass Affiant and deny him his rights.

8. Affiant has been constantly denied his unalienable constitutional rights under the disguise of the color of law by defendants.

9. Affiant provided the laws to the defendants to ensure they were aware of their illegal and unlawful activity, yet defendants violated the rights of Affiant wantonly and purposefully.

Civil Rights Complaint

10. Defendants willingly, wantonly, and maliciously violated Affiant's rights under color of law at the traffic stop and subsequent court proceedings.

11. Defendants Lee Carter and Denise de Bellefeuille agreed to violate Affiants rights of due process and equal protection under the 14th Amendment at the court proceedings.

12. Defendant Denise de Bellefeuille did not have subject matter or any other type of jurisdiction to make a ruling in the traffic court proceedings and thus her ruling is void.
   Defendants used their positions and the traffic court as a mechanism to unlawfully extort monies from Affiant and others.

Further Affiant sayeth naught. Executed this _17th_ day of _December_ 2015.

_Jean Middleton_
                                                    Affiant

State of California, County of _Santa Barbara_
Subscribed and sworn to (or affirmed) before me
on this _17_ day of _December_, 20 _15_.
by _TRAVIS MIDDLETON_,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: _Marina Read_

MARINA READ
COMM. #1976883
Notary Public · California
Santa Barbara County
My Comm. Expires Apr. 30, 2016

Civil Rights Complaint

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A** [Breakdown of municipal court fines]

Civil Rights Complaint



*Page 1.*



Page 2.

⊙ **OPENGOV**

Powered by the OpenGov Platform. To learn
more about OpenGov, please visit
www.OpenGov.com.

Terms of Service
Contact Santa Barbara
Santa Barbara



| | FY 2010 Actual | FY 2011 Actual | FY 2012 Actual | FY 2013 Actual | FY 2014 Actual | FY 2015 Amended Budget |
|---|---|---|---|---|---|---|
| Municipal Court Fines | $ 173,248 | $ 140,901 | $ 100,062 | $ 89,940 | $ 86,224 | $ 120,000 |
| Total | $ 173,248 | $ 140,901 | $ 100,062 | $ 89,940 | $ 86,224 | $ 120,000 |

*Page 3.*

Terms of Service
Contact Santa Barbara
Santa Barbara

# ⊙ OPENGOV

Powered by the OpenGov Platform. To learn
more about OpenGov, please visit
www.OpenGov.com.

CITY OF
SANTA BARBARA

← Bac   Help ▾   Share ▾   Download ▾

**Patrol Division**   ▼ General Fund   st Update 3/23/2015)

📈 Annual Report
▼ Revenues

🗺 Current Year

SHOW
Revenues                    ▼

BROKEN DOWN BY
Departments                 ▼

FILTERED BY    All ❯
Funds                    ❯
**Departments**          ❯
Project                  ❯
Revenue Type             ❯

FISCAL YEAR
○                        ○
2010                  2015

DOCUMENTS
FY 2015 Adopt...



Sort Large to Small ▾
○ Patrol Division
○ Street Sweeping Enforc...
○ Special Events
○ Traffic
○ Tactical Patrol Force
○ Parking Enforcement

View table ▾

|  | FY 2010 Actual | FY 2011 Actual | FY 2012 Actual | FY 2013 Actual | FY 2014 Actual | FY 2 Amo Bud |
|---|---|---|---|---|---|---|
| **Patrol Division** | $ 683,167 | $ 572,690 | $ 527,604 | $ 604,918 | $ 722,313 | $ |
| **Street Sweeping Enforcement** | 246,583 | 286,336 | 295,101 | 302,854 | 341,453 | |
| **Special Events** | 195,313 | 181,998 | 192,199 | 160,929 | 236,427 | |
| **Traffic** | 0 | 0 | 50,535 | 60,423 | 52,325 | |
| **Tactical Patrol Force** | 0 | 0 | 205,374 | 8,000 | 0 | |
| **Parking Enforcement** | 94,565 | 49,997 | 5,422 | 0 | 0 | |
| **Total** | $ 1,219,628 | $ 1,091,021 | $ 1,276,235 | $ 1,137,124 | $ 1,352,518 | $ |

*Page 4,*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B** [Map of Plaintiff's travel direction]

`Civil Rights Complaint`

3/6/2015

https://www.google.com/maps/@34.424986,-119.7164212,18z

Page 1 of 2

Google Maps

1/1

Plaintiff Traveling in this direction



Page 2 of 2

Officer Freytag
Starts his video of
this intersection

Officer Freytag's
Lights from his Car
come on at this
Location.

* Traffic Stop Starts here

The time is 9:30pm.

https://www.google.com/maps/@34.4220288,-119.7109495,18z

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C** [Letter from Defendant Chief Sanchez]

`Civil Rights Complaint`

# City of Santa Barbara
## Police Department

www.sbpd.com

February 18, 2014

Travis Middleton
27 W. Anapamu St. #153
Santa Barbara, CA 93101

**Chief's Office**
805.897.2395

Dear Mr. Middleton:

**General Information**
805.897.2300

Your complaint on December 28, 2013 involving employees of the Santa Barbara Police Department has been thoroughly reviewed in accordance with our Department policy. I am hereby advising you that the allegations have been classified as **Unfounded**.

**Animal Control**
805.963.1513

**Business Office**
805.897.2400

1020.7 DISPOSITION OF PERSONNEL COMPLAINTS
Each allegation shall be classified with one of the following dispositions:

**Community Services**
805.897.3717

(a) UNFOUNDED – when the investigation discloses that the alleged act(s) did not occur or did not involve department personnel. (Complaints which are determined to be "frivolous" [See: Penal Code § 832.5 (c)] will fall within the classification of unfounded).

**Dispatch**
805.897.2410

(b) EXONERATED - when the investigation discloses that the alleged act occurred, but that the act was justified, lawful and/or proper.

**Office of Emergency Services**
805.897.3725

(c) NOT SUSTAINED - when the investigation discloses that there is insufficient evidence to sustain the complaint or fully exonerate the employee.

**Parking**
805.897.2360

(d) SUSTAINED - when the investigation discloses a preponderance of evidence to establish that the act occurred and that it constituted misconduct.

**Patrol**
805.897.2392

Thank you for taking the time to express your concerns.

**Records**
805.897.2355

Sincerely,

215 E. Figueroa St.
Santa Barbara, CA
93101

CAMERINO SANCHEZ
Chief of Police

PO Box 539
Santa Barbara, CA
93102

/eco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D [Refusal of traffic ticket]

Civil Rights Complaint

Santa Barbara Superior Court
Traffic Division
118 E. Figueroa St.
Santa Barbara, CA 93101

CC: Officer Freytag # 6377
215 East Figueroa Street
Santa Barbara, CA 93101


Date: December 30, 2013          Certified Mail #:70122920000234412726

Re:  **Denial and return of your CITATION # B722928.**

**To All Whom These Presents Do and May Concern:**

Comes now private Citizen First-Class, Grateful for my Freedom, and Privacy, in order to
secure its Blessings do hereby deny and return your CITATION.

Please find enclosed CITATION denied and returned, for the following reasons, to wit:

**One.**
Whereas, much of your CITATION is not in proper English; and,

**Two.**
Whereas, your CITATION allege violations of law foreign to my Venue, to which no Oath,
Promise, or Law attaches Me thereto; and,

**Three.**
Whereas, your office is not recognized in the Constitution of 1849: and,

**Four.**
Whereas, your CITATION has no foundation in Law as it is not from an Office recognized and
established by the People or general Laws of this State; and,

**Five.**
Whereas, your CITATION lack jurisdictional facts necessary to place or bring Me within your
venue; please see the **Clearfield Doctrine;**

**"Governments descend to the Level of a mere private corporation, and take on the
characteristics of a mere private citizen...where private corporate commercial
paper [Federal Reserve Notes] and securities [checks] is concerned. ... For
purposes of suit, such corporations and individuals are regarded as entities
entirely separate from government." - <u>Clearfield Trust Co. v. United States</u> 318
U.S. 363-371 and,**

**Six.**
Whereas, your CITATION is legally unintelligible to Me, as I am not fully apprised of the

nature of any alleged criminal act, nor do the allegations within your CITATION have any evidential foundation; and,

**Seven.**
Whereas, your CITATION fails to affirmatively show, upon it's face, the Lawful Constitutional authority for your presence in my Venue; and,

**Eight.**
Whereas, your CITATION fails to affirmatively show Lawful authority to violate or disparage Me in any way; and,

**Nine.**
Whereas, your CITATION fails to affirmatively show, on its face, the Lawful necessity for your intrusion upon my Privacy: and,

**Ten.**
Whereas, your CITATION is not sealed with any lawful authority recognized by Me; and,

**Eleven.**
Whereas, your CITATION fails to disclose any legal connection between my Self and your office; Therefore, for the reasons stated above, I am returning your CITATION for Fraud, Attempted Extortion through the mail, in violation of 18 U.S.C. 1341. Further, I am denying all Contents and all legal liability therein and my Denial supersedes all previous denials; and,

**Wherefore, I wish you to produce for Me:**

**One:**
Process issued, under Seal, from a competent court of competent jurisdiction; and,

**Two:**
That said Process be based on a sworn oath or affirmation from a competent Witness or damaged Party; or,

YOUR FAILURE TO COMPLY WITH THE ABOVE WOULD CONSTITUTE AN INJURY AND TRESPASS ON MY PERSON AND PROPERTY AND THUS WOULD CONSTITUTE VIOLATIONS OF MY RIGHT OF PRIVACY UNDER PUBLIC LAW 93-579 (the1974 Privacy Act), THE CIVIL RIGHTS ACT UNDER TITLE 42 SECTION 1983, AND TITLE 18 SECTION 1964 et. Seq. ("RICO"). MOREOVER, YOU, YOUR HEIRS, ASSIGNS, AGENTS, AFFILIATES AND ANYONE OPERATING ON YOUR BEHALF WOULD BE LIABLE TO ME UNDER THE AFOREMENTION VIOLATIONS.

Signed,

*Travi Middleta*

Travis Middleton
Authorized signature, Without Prejudice

# ACKNOWLEDGMENT

State of California
County of _____ Santa Barbara _____ )

On __12/30/2013_____ before me, __Chris C Thompson II, Notary Public_____

(insert name and title of the officer)

personally appeared __Travis Irvin Middleton_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CHRIS C. THOMPSON II
Commission # 1943589
Notary Public - California
Ventura County
My Comm. Expires Jul 9, 2015



```
          GOLETA BRANCH POSTAL STORE
            SANTA BARBARA, California
                   931119998
              0581020030 -0096
12/30/2013    (800)275-8777    04:46:37 PM

                 Sales Receipt
Product           Sale  Unit       Final
Description        Qty  Price       Price

SANTA BARBARA CA 93101 Zone-1       $0.46
First-Class Mail Letter
0.90 oz.
Scheduled Delivery Day: Tue 12/31/13
Return Rcpt (Green Card)            $2.55
@@ Certified                        $3.10
Label #:      70121010000087017715
                                 ========
Issue PVI:                          $6.11

SANTA BARBARA CA 93101 Zone-1       $0.46
First-Class Mail Letter
1.00 oz.
Scheduled Delivery Day: Tue 12/31/13
Return Rcpt (Green Card)            $2.55
@@ Certified                        $3.10
Label #:      70122920000234412726
                                 ========
Issue PVI:                          $6.11


Total:                             $12.22

Paid by:
Debit Card                         $12.22
  Account #:       XXXXXXXXXXXX4420
  Approval #:      000412
  Transaction #:   798
  23 903600351
  Receipt#:        000836

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************
*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*********************************
*********************************


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
  sociate can show you how.

        mps at usps.com/shop or call
1-800-stamp24. Go to usps.com/clicknship
to print shipping labels with postage. Fo
other information call 1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************
*********************************

Bill#: 1000406016674
Clerk: 06

  All sales final
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SANTA BARBARA CA 93101

| | | |
|---|---|---|
| Postage | $ | $0.46 | 0030 |
| Certified Fee | $3.10 | |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $6.11 | 12/30/2013 |

7012 2920 0002 3441 2726

Sent To Santa Barbara Superior Court
Street, Apt. No.; or PO Box No. Division, 118 E. Figueroa St
City, State, ZIP+4 Santa Barbara CA 93101

PS Form 3800, August 2006        See Reverse for Instructions

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools          Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70122920000234412726

**Expected Delivery Day: Tuesday, December 31, 2013**

## Product & Tracking Information

Available Actions

| Postal Product:<br>First-Class Mail® | Features:<br>Certified Mail™ | Return Receipt |
| --- | --- | --- |

*Delivered to Court
And Accepted!*

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **December 31, 2013 , 2:24 pm** | **Delivered** | **SANTA BARBARA, CA 93101** |

Your item was delivered at 2:24 pm on December 31, 2013 in SANTA BARBARA, CA 93101.

| December 31, 2013 , 8:17 am | Out for Delivery | SANTA BARBARA, CA 93102 |
| --- | --- | --- |
| December 31, 2013 , 8:07 am | Sorting Complete | SANTA BARBARA, CA 93102 |
| December 31, 2013 , 7:17 am | Arrival at Unit | SANTA BARBARA, CA 93102 |
| December 31, 2013 , 12:01 am | Processed at USPS Origin Sort Facility | GOLETA, CA 93199 |
| December 30, 2013 , 9:53 pm | Depart USPS Sort Facility | GOLETA, CA 93199 |
| December 30, 2013 , 8:16 pm | Processed at USPS Origin Sort Facility | GOLETA, CA 93199 |
| December 30, 2013 , 6:34 pm | Depart Post Office | SANTA BARBARA, CA 93111 |
| December 30, 2013 , 4:45 pm | Acceptance | SANTA BARBARA, CA 93111 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                              ]            Track It

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT E** [Request for discovery]

`Civil Rights Complaint`

## INFORMAL REQUEST FOR DISCOVERY FROM PROSECUTION

Office of the District Attorney                            Date: December 30, 2013
1112 Santa Barbara Street
Santa Barbara, California 93101

Re: Citation No. B722928
Court:  Santa Barbara Superior Court (traffic Division; Figueroa Branch)

### Certified Mail: 70122920000234412733

### INFORMAL REQUEST FOR DISCOVERY

Pursuant to Pen. C. §1054.3, the defendant hereby states that the names and addresses of persons, other than the defendant, he or she intends to call as witnesses at trial, together with any relevant written or recorded statements of those persons, or reports of the statements of those persons, including any reports or statements of experts made in connection with the case, and including the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial, and any real evidence which the defendant intends to offer in evidence at the trial are as follows:

List defense witnesses and other information, or note that it is included with this letter.

In accordance with the provisions of Pen. C. §§1054 et seq., the defendant requests disclosure and production of the materials and information listed below, within fifteen days of the date of delivery of this disclosure and request. (No further request for this information, and no pretrial motion for sanctions, are required in order for the defendant to be entitled to exclusion-of-evidence sanctions at trial for the failure to provide this requested discovery (*People v. Jackson* (1993) 15 CA4th 1197). **Withhold at your risk.**)

Defendant already has the following items:

### (1) Citation **B722928.**

Please make available to the defendant or his/her agent for examination, inspection, and copying, the following items, which are in the actual or constructive possession of the District Attorney of this county or his deputies, investigators, employees, or agents.

Defendant asks that this request be treated as a continuing request through the completion of trial. (See Pen. C. §1054.7.)

(1) **STATEMENTS OF DEFENDANT:** All statements or utterances by a defendant, oral or written, however recorded or preserved, whether or not signed or acknowledged by the defendant. (Pen. C. §1054.1(b); *Joe Z. v. Superior Court of Los Angeles County*

1

(1970) 3 C3d 797; *Vance v. Superior Court of San Diego County* (1958) 51 C2d 92; *Powell v. Superior Court of Los Angeles* (1957) 48 C2d 704.)

**Insert the following check-off text after each requested discovery item. The "Compliance Order" part is for use later, if this document is attached to a Motion for Discovery Compliance (see Form 5-4: Motion for Discovery Compliance).**

**Anything not previously received?**

Provided: _____
Will Provide: _____
Do Not Have: _____

**Compliance Order (if needed):**

Granted: _____
Granted as modified: _____
Denied: _____

(2) **NAMES, ADDRESSES AND PHONE NUMBERS OF PROSECUTION WITNESSES:** The names and addresses and phone numbers of all witnesses who may be called to testify against the defendant at the trial. (Pen. C. §§841.5 and §1054.1(a); *Norton v. Superior Court* (1959) 173 CA2d 133.)

The prosecution, and not the defense, is able to obtain this information from the California Employment Development Department. (Unemp. Ins. C. §§322 and 1095.)

(3) **STATEMENTS OF PROSECUTION WITNESSES:** All statements of said testifying witnesses relating to the case against the defendant, however recorded or preserved, whether oral or written, and whether or not signed or acknowledged by them. (1054.1(f); *Funk v. Superior Court* (1959) 52 C2d 423.)

**NAMES, ADDRESSES AND PHONE OF FAVORABLE PERCIPIENT WITNESSES:** The names and addresses and phone numbers of all persons who were percipient witnesses to the offense, including those who may have personal knowledge of any facts relevant to the case and favorable to the defense, whether or not they are to be called to testify against the defendant at trial or preliminary hearing. [Pen. C. §1054.1(e); *People v. Jackson* (1991) 235 CA3d 1670; *Norton v. Superior Court* (1959) 173 CA2d 133; *Brady v. Maryland* (1963) 373 U.S. 83; *U.S. v. Bagley* (1985) 473 U.S. 667; Renzi v. Virginia 794 F2d 155 (4th Cir 1986); *People v. Morris* (1988) 46 C3d 1, 29-30; *Izazaga v. Superior Court* (1991) 54 C3d 356.]

(4) **STATEMENTS OF FAVORABLE PERCIPIENT WITNESSES:** All statements of witnesses, identified in the previous item, and relating to the case against the defendant, however recorded or preserved, whether oral or written and whether or not signed or acknowledged by them. [Pen. C. §1054.1(e); *People v. Jackson* (1991) 235

CA3d 1670; *Vetter v. Superior Court of Sacramento County* (1961) 189 CA2d 132; *Brady v. Maryland* (1963) 373 U.S. 83; *U.S. v. Bagley* (1985) 473 U.S. 667; Renzi v. Virginia 794 F2d 155 (4th Cir 1986); *People v. Morris* (1988) 46 C3d 1, 29-30; *Izazaga v. Superior Court* (1991) 54 C3d 356.]

**(5) AUDIO/VISUAL EVIDENCE OF CRIME:** Examination of all audio recordings, photographs, transparencies, slides, diagrams, motion pictures and video tapes of the scene of the alleged offense or other locations that may be referred to. (Pen. C. §1054.1, subdivisions (c) and (f).)

**(6) POLICE REPORTS AND DOCUMENTS:**
(a) All notes, reports or supplemental reports or notes of police officers and investigators concerning the offense charged.

**(7) FAVORABLE OR EXCULPATORY EVIDENCE:** Any evidence in the form of information, documents and other materials favorable to the defendant in the possession of the District Attorney, or of any police department involved in the investigation of the case against defendant, or of any agency or person and available to the prosecution through the exercise of due diligence. **It is requested that you review all law enforcement and other government files in any way related to this case for the purpose discovering and disclosing such evidence and information.** [Pen. C. §1054.1(e); *In re Brown* (1998) 17 C4th 873; *Kyles v. Whitley* (1995) 514 U.S. 419; *Brady v. Maryland* (1963) 373 U.S. 83; *U.S. v. Bagley* (1985) 473 U.S. 667; *Renzi v. Virginia* 794 F2d 155 (4th Cir 1986); *People v. Morris* (1988) 46 C3d 1, 29-30; *Izazaga v. Superior Court* (1991) 54 C3d 356; *People v. Jackson* (1991) 235 CA3d 1670.]

**(8) In addition, all the remaining items are discoverable as either favorable or exculpatory evidence** (Pen. C. §1054.1(e); Brady v. Maryland (1963) 373 U.S. 83; U.S. v. Bagley (1985) 473 U.S. 667; Renzi v. Virginia 794 F2d 155 (4th Cir 1986); People v. Morris (1988) 46 C3d 1, 29-30; Izazaga v. Superior Court (1991) 54 C3d 356), **or are discoverable under separate statutory and case authority cited therein (Pen. C. §1054(e)—"other express statutory provisions").**

**(9)I.D. PHOTOS AND EVIDENCE:** Examination of all photographs, video tapes, motion pictures, composites or likenesses shown to witnesses and prospective witnesses in this case for the purpose of establishing the identity of suspects in the crime charged against the defendant, and all reports concerning the display of such. (Pen. C. §1054.1, subdivisions (c), (e) and (f); *Norton v. Superior Court of San Diego County* (1959) 173 CA2d 133.)

**(10) RADIO DISPATCH TAPES:** An unedited copy of all dispatch tape of the police department(s) that was involved in this case, for the time period from one-half hour before any event mentioned in the police report to one hour after any event mentioned in the report. (Pen. C. §1054.1, subdivisions (c), (e) and (f).)

3

Gov. C. §26202.6 requires that recordings must be preserved if they are evidence in any claim filed or pending litigation until the litigation is resolved. In Nelson v. Superior Court (2001) 89 CA4th 565, the opinion held that this includes the mere filing of a government claim under Gov. C. §911.2. Although filing a government claim may interfere with plea negotiations, it is one way to assure that recordings are preserved. **VICTIM OR WITNESS VEHICLE "BLACK BOX":** Any "black box" or other device which may contain automatically recorded information about the vehicle driven by [*the defendant* or] any victim or witness.

(11) A demand that the prosecutor *certify* the charges on the record of the case.

Dated: December 30, 2013                           Respectfully submitted,

                                                   _____
                                                        Travis Middleton
                                                   27 West Anapamu Street No. 153
                                                   Santa Barbara, California 93101

```
           USPS, VICTORIA COURT
           SANTA BARBARA, California
                931012699
              0581020018 -0097
12/31/2013    (800)275-8777    12:04:41 PM

                Sales Receipt
Product            Sale  Unit      Final
Description        Qty   Price     Price

SANTA BARBARA CA 93101 Zone-0      $0.66
First-Class Mail Letter
1.10 oz.
Scheduled Delivery Day: Thu 01/02/14
Return Rcpt (Green Card)           $2.55
@@ Certified                       $3.10
Label #:    70121010000087017616
                                   =======
Issue PVI:                         $6.3

SANTA BARBARA CA 93101 Zone-0      $0.4
First-Class Mail Letter
0.90 oz.
Scheduled Delivery Day: Thu 01/02/14
Return Rcpt (Green Card)           $2.5
@@ Certified                       $3.1
Label #:    70121010000087017623
                                   =======
Issue PVI:                         $6.1

SANTA BARBARA CA 93101 Zone-0      $0.4
First-Class Mail Letter
0.90 oz.
Scheduled Delivery Day: Thu 01/02/14
Return Rcpt (Green Card)           $2.5
@@ Certified                       $3.1
Label #:    70122920000234412733
                                   =======
Issue PVI:                         $6.

Total:                             $18.

Paid by:                           $18.
Debit Card
  Account #:      XXXXXXXXXXXX4420
  Approval #:     000371
  Transaction #:  510
  23 903600898
  Receipt#:       002832

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************
************************************

Bill#: 1000304091902
Clerk: 05

   All sales final on stamps and postage
   Refunds for guaranteed services only
          Thank you for your business
************************************
************************************
          HELP US SERVE YOU BETTER
```

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)                    Postmark
                                           Here
Restricted Delivery Fee            DEC 3 1 2013
(Endorsement Required)

Total Postage & Fees $

Sent To  *Office of the District Attorney*
Street, Apt No.;  *1112 Santa Barbara,*
or PO Box No.
City, State, ZIP+4  *Santa Barbara, CA 93101*

PS Form 3800, August 2006        See Reverse for Instructions

7012 2920 0002 3441 2733

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

*Office of the District Attorney*
*1112 Santa Barbara Street*
*Santa Barbara, CA 93101*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____        ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)
   7012 2920 0002 3441 2733

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



English        Customer Service        USPS Mobile®                                    Register / Sign In

## USPS.COM®

Search USPS.com or Track Packages

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70122920000234412733**

Expected Delivery Day: **Thursday, January 2, 2014**

## Product & Tracking Information

**Available Actions**

*Delivered and Accepted*

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | Return Receipt |

| | | |
|---|---|---|
| **January 2, 2014 , 1:49 pm** | Delivered | **SANTA BARBARA, CA 93101** |
| January 1, 2014 , 12:40 am | Processed at USPS Origin Sort Facility | GOLETA, CA 93199 |
| December 31, 2013 , 9:27 pm | Depart USPS Sort Facility | GOLETA, CA 93199 |
| December 31, 2013 , 7:10 pm | Processed at USPS Origin Sort Facility | GOLETA, CA 93199 |
| December 31, 2013 , 1:40 pm | Depart Post Office | SANTA BARBARA, CA 93101 |
| December 31, 2013 , 12:03 pm | Acceptance | SANTA BARBARA, CA 93101 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

### LEGAL

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

### ON USPS.COM

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

### ON ABOUT.USPS.COM

About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

### OTHER USPS SITES

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

## USPS.COM®

OFFICE OF THE
# DISTRICT ATTORNEY
COUNTY OF SANTA BARBARA

**JOYCE E. DUDLEY**
District Attorney



| J. GORDON AUCHINCLOSS | HILARY DOZER |
|---|---|
| Chief Deputy District Attorney | Chief Deputy District Attorney |
| **MAG NICOLA** | **KELLY SCOTT** |
| Chief Deputy District Attorney | Chief Deputy District Attorney |
| **KIMBRA MCCARTHY** | **DAVID M. SAUNDERS** |
| Administrative Director | Chief Investigator |

January 31, 2014

Travis Middleton
27 West Anapamu Street # 153
Santa Barbara, CA 93101

     RE:    Case #B722928

Dear Mr. Taylor:

Please be advised that our office received your correspondence dated December 30, 2013. Our office is in the process of complying with your discovery request.

In accordance with Penal Code § 1054.3, the People request reciprocal discovery of: (1) the names and addresses of persons, other than the defendant, he or she intends to call as witnesses at trial; (2) any relevant written or recorded statements of those persons; (3) reports of the statements of those persons; (4) any reports or statements of experts made in connection with the case; (5) the results of physical or mental examinations, scientific tests, experiments, or comparisons which the defendant intends to offer in evidence at the trial; and (6) any real evidence which the defendant intends to offer in evidence at the trial.

Please do not hesitate to contact me at (805) 568-2300 for any additional information or questions regarding this matter. Thank you.

Sincerely,

MICHAEL J. CARROZZO
Deputy District Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT F** [Constructive notice to the traffic court]

Civil Rights Complaint

Travis Middleton
27 West Anapamu Street
# 153
Santa Barbara, California 93101

Santa Barbara Superior Court
Traffic Division
118 E. Figueroa St.
Santa Barbara, CA 93101

Date: March 20, 2014

Re:  Citation # B722928                    *Certified Mail:70122920000234412771*

## Constructive Notice

### Pursuant to Federal Rules (F.r.) 102, 104(b), 201(b)(d)(f), 402, 406 and F.R.C.P. 9(b).

**Dear Sirs,**

I am in receipt of your response letter to my Denial and Return of your citation number B722928 dated March 10, 2014.  Your letter states that I *must either pay the amount of $197, submit the correction along with the fee of $25, post bail for trial in the amount of $197 or appear in court for Arraigment. Your deadline to either pay or appear in court for Arraigment is April 9, 2014.*

   You are hereby put on **NOTICE** timely under the provisions of  *United States v. Lanier* on certiorari No. 95-1717; U.S. V. FREGA, 179 F.3rd 793 (9th Cir.1999), that the actions of this tribunal and its actors are subject to Title 18 U.S.C.A. Sections 241, 242, 1961-64 et. Seq., (Obstruction Of Justice under color of authority and under color of law; Extortion Of Rights under color of authority and color of law); and, Title 42 U.S.C.A. Sections 1983, 1985 and 1986  Pursuant to the laws of the United States of America and California.

This tribunal, THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA has not complied with Government Code Section 53051 to properly register on the roster of public agencies for the State of California as required by law.  See attached Secretary of State's Certificate of Non-Filing dated June 12th, 2002. As a result of your failure to comply with such requirements, this tribunal has no judicial authority to conduct a trial or other criminal proceeding and confers no in-Personam jurisdiction over my person or property. Your *Notice* is being **REFUSED, DENIED AND RETURN FOR FRAUD UNDER FEDERAL RULES OF CIVIL PROCEDURE 9(b) as a counterfeit security! See attached.**

Additionally, you, your agency, firm, successors, assigns, officers, including, but not limited to prosecutors, law enforcement officials and/or any other person or affiliate claiming any interest in said debt, are hereby put on NOTICE pursuant to Title 18 USC § 4 of the commission of crimes cognizable by a Court of the United States under Title 18 USC §513 to wit: " 513(a) Whoever makes, utters or possesses a counterfeited security of a State or a political subdivision thereof or of an organization, or whoever makes, utters or possesses a forged security of a State or political subdivision thereof or of an

organization, with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten years, or both."

See also Sections 2311, 2314 and 2320 for additional fines and sanctions. Among the securities defined at 18 USC § 2311 is included **"evidence of indebtedness"** which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation or right of action.

The above referenced document (your Notice) qualify as a "counterfeited security" in that the makers (you) have stated them to have been officially signed and sealed as valid claims of a Duty, Obligation or Right Of Action owed by Travis Middleton to you and/or your tribunal:

The above referenced document is a "counterfeit security" because it does not evidence a legal debt or an action conferred by you with any civil or criminal liability owed by Travis Middleton as required by Law. Your activity in attempting to collect on this debt by which you have no contractual nexus with me puts you in violation of the Rosenthal Fair Debt Collection Practice Act, Cal. Civ. Code § 1788 et seq., as well as The Federal Fair Debt Collection Practice Act "FDCPA" at Title 15 U.S.C. 1692e (2) (A), which prohibits false representations as to the character, amount, or legal status of a debt. The FDCPA also prohibits, at 15 U.S.C. § 1692f, attempts to collect charges not authorized by law or agreement. The FDCPA is a strict liability statute, which provides for actual or statutory damages upon the showing of one violation. [Clark v. Capital Credit & Collection Services, Inc., 460 F.3d 1162, 1176 (9th Cir. 2006)]. The Ninth Circuit has held that whether a debt collector's conduct violates the FDCPA should be judged from the stand point of the "least sophisticated debtor." [Baker v. G.C. Service Corp., 677 F.2d 775, 778 (9th Cir. 1982)].

Also, this counterfeit security (your Notice) was sent to me using the United States Mails in violation of 18 U.S.C. § 1341 (mail fraud). 18 U.S.C. § 1341 provides in pertinent parts:

*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.*

Notice that your counterfeit security is being denied and returned to you thus making you liable to me for damages for each occurrence of law violation.

Additionally, you have used the United States Mails venue as your conduit to attempt to extort money from me that is unlawfully owed and due in violation of 18 U.S.C. § 1961(1) & § 1951 (Extortion). Further, the predicate act of extortion is defined by California Penal Code § 518 as "the obtaining of property from another, with his consent ... induced by a wrongful use of force or fear...." Fear, for purposes of extortion "may be induced by a threat, either: 2. To accuse the individual threatened ... of any crime; or, 3. To expose, or impute to him ... any deformity, disgrace or crime[.]" (Cal. Penal Code § 519.) "Every person who, with intent to extort any money or other property from another, sends or delivers to any person any letter or other writing, whether subscribed or not,

expressing or implying, or adapted to imply, any threat such as is specified in Section 519, is punishable in the same manner as if such money or property were actually obtained by means of such threat." (Cal. Penal Code § 523.) You are to cease and desist your collection efforts immediately.

Should you disregard this Notice and proceed to move this action through your tribunal's process and cause me further damage, after receipt of this notice, or you facilitate in my license being suspended or revoked, or should any warrants of arrest by issued against me, will cause me to file suite against you and your officials personally and corporately by suing you under the General Tort Claims Act of this State through a court of competent jurisdiction, which may also include enjoining the **RICO** Statutes **(18 U.S.C. 1961-64 et. Seq.).** I will caused this action to be removed to the United States District Court Central District of California under 28 U.S.C. Sections 1443(1) and 1445 and I will seek any and all legal avenues available to me by law, including but not limited to the filing of commercial liens in the amounts of $5,000,000.00 dollars per each violation against your tribunal and all officers who trespass upon my rights of liberty and privacy. Your cooperation in this matter is greatly appreciated.

Sincerely,

Travis Middleton

CC:

Kamala D. Harris, Attorney General's Office

California Department of Justice

Attn: Public Inquiry Unit

P.O. Box 944255

Sacramento, CA 94244-2550

Certified Mail: 70121010000087017647



# State of California

## SECRETARY OF STATE

# CERTIFICATE OF NON-FILING

I, BILL JONES, Secretary of State of the State of California, hereby certify:

That I am the Official Custodian of records for the Office of the Secretary of State. In that capacity I have conducted a diligent search and have failed to find any records of a filing in this office in accordance with Section 53051 of the Government Code of the State of California for the following:

# THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 12th day of June, 2002



BILL JONES
Secretary of State

Exh. 1

NP-24 A (Rev. 1-96)                                                              OSP 99 21639



# SUPERIOR COURT
## STATE OF CALIFORNIA
### COUNTY OF SANTA BARBARA
____

March 10, 2014

Travis Middleton
27 W Anapamu St, #153
Santa Barbara  CA  93101

Dear Mr. Middleton,

The court has received your Denial regarding citation B722928.

To resolve your citation you must either pay the amount of $197, submit the correction along with the fee of $25,  post bail for trial in the amount of $197 or appear in court for Arraignment.

Your deadline to either pay or appear is April 9, 2014.  If you wish to appear, you must check-in with a clerk in the Traffic Department on any Wednesday, Thursday or Friday on or before your due date.

If paying by mail, please make the check payable to CLERK OF THE COURT and mail to:

Traffic Department
118 E. Figueroa Street
Santa Barbara   CA   93101

Should you have any questions regarding this information or regarding options for contesting the violation, please feel free to contact our office at (805) 568-3959.

Respectfully,

*Traffic Department*
*Figueroa Division*
*Santa Barbara Superior Court*

I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS !

Travis Middleton          UCC 1-308
                          UCC 1-201 (b)(1)(2)
Without Prejudice

DENIED AND RETURNED !
— Notice of Counterfeit Security —
18 U.S.C. 513 (a);  18 U.S.C. Sec. 2311

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SANTA BARBARA CA 93101

O F F I C I A L   U S E

| | | | |
|---|---|---|---|
| Postage | $ | $0.70 | 0030 |
| Certified Fee | | $3.30 | 11 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.70 | 03/20/2014 |

Sent To _Santa Barbara Superior Court_
Street Apt. No.; _118 E. Guerra St._
or PO Box No.
City, State, ZIP+4 _Santa Barbara, CA 93101_

7012 2920 0002 3441 2771

PS Form 3800, August 2006          See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>_Kim Brden_ _3-21-14_ |
| 1. Article Addressed to:<br><br>Santa Barbara Superior Court, Traffic Division<br>118 E. Figueroa St.<br>Santa Barbara, CA 93101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*)<br>7012 2920 0002 3441 2771 | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT G** [Notice of Removal]

Civil Rights Complaint

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Travis Middleton
27 West Anapamu Street No. 153
Santa Barbara, California 93101
TELEPHONE NO.: 805-284-6562    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Pro Per

**F I L E D**
SUPERIOR COURT of CALIFORNIA
COUNTY OF SANTA BARBARA

JUL 1 8 2014

Darrel E. Parker Executive Officer
BY _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Barbara, California 93101
BRANCH NAME:  Santa Barbara County Superior Court-Figueroa Division

PLAINTIFF/PETITIONER:  PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT/RESPONDENT:  Travis Middleton

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER: B722928 |
|---|---|
| | JUDGE: PAULINE MAXWELL |
| | DEPT.: 14 |

**To the court and to all parties:**

1. Declarant *(name):* Travis Middleton

   a. ☑ is ☑ the party   ☐ the attorney for the party  who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner  ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 18, 2014

Travis Middleton
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

1  Travis Middleton
2  27 West Anapamu Street No. 153
   Santa Barbara, California 93101
3  805-284-6562
4  *Travis_m_93101@yahoo.com*
5  Defendant in Pro Se
6

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY OF SANTA BARBARA

JUL 1 8 2014

Darrel E. Parker Executive Officer
BY
Deputy Clerk

7  LODGED
   CLERK, U.S. DISTRICT COURT
8
   JUL 1 8 2014
9
10 CENTRAL DISTRICT OF CALIFORNIA
   DEPUTY

        UNITED STATES DISTRICT COURT
9
11              CENTRAL DISTRICT OF CALIFORNIA
12                   WESTERN DIVISION
13
14 PEOPLE OF THE STATE OF              ) Case No. CV14-5591
   CALIFORNIA,                        )
15                                     ) **NOTICE OF REMOVAL**
            Plaintiff,                 )
16                                     )
        vs.                            )
17                                     ) 28 U.S.C. §1443(1)
   Travis Middleton                    ) 28 U.S.C. §1441(c)
18                                     )
            Defendant                  )
19                                     ) **(FEDERAL QUESTION)**
                                       ) Violation of The "Terry" Stop Principle
20                                     ) under the 4th Amendment To The U. S.
                                       ) Constitution; "Driving While Black"
21                                     )
22 _____ )
23
24     TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
25 CENTRAL DISTRICT OF CALIFORNIA:
26 PLEASE TAKE NOTICE THAT DEFENDANT Travis Middleton hereby
27 removes to this Court the state court action described below.
28

                        NOTICE OF REMOVAL- 1

1. On December 28, 2013 at 9:30 p. m., a Santa Barbara Police officer (Officer Freytag) stopped defendant for failing to use his turn signal and window tint violation. The traffic stop encounter went beyond the time allowed under the Terry Stop Principle of 17 minutes. Defendant signed a promise to appear in the matter which was set for arraignment on January 30, 2014. See Citation attached as **Exhibit "A"**.

2. On January 30, 2014, an action was commenced against the defendant in the Santa Barbara County Superior Court, Figueroa Division, Case Number B722928, entitled *People of the State of California v. Travis Middleton*.

3. Defendant sent a notice to the Santa Barbara Superior Court that it had no subject matter or other jurisdiction over the matter due to its lack of registering on the Roster of Public Agencies of California. See attached notice as **Exhibit "B"**. Defendant appeared in court as promised to discover that his case was neither calendared nor was the case ever called by the court.

4. On June 13, 2014, defendant made a second appearance due to a notice from the California Department of Motor Vehicles ("DMV") that his license would be suspended effective July 3, 2014 for his failure to appear on January 30, 2014. On this date, the Court scheduled a court trail set for July 21, 2014 at 8:30 a. m. in department 14. See Clerk's Docket Sheet attached as **Exhibit "C"**. No further proceedings have occurred in the state court action. No prosecutor has appeared and no charging document exists on the record against defendant. These are structural errors and constitute violations of defendant's 4th and 14 Amendment (privacy, liberty and property) protections. Said removal shall divest and disqualify the Superior Court from taking any further action in this matter.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by

defendant Travis Middleton pursuant to the provisions of 28 U.S.C. § 1441(c) and 28 U.S.C. § 1443(1) in that the state court action is a quasi-criminal action and that it arises under 42 U.S.C. §§ 1983, 1985(3) and 1986.

WHEREFORE Defendant prays that the above action now pending against him in the Santa Barbara County Superior Court, Figueroa Division, be removed therefrom to this Court.

Dated: July 18, 2014

By: _Travis Middleton_

Travis Middleton
27 West Anapamu Street No. 153
Santa Barbara, California 93101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

NOTICE OF REMOVAL- 4

# NOTICE TO APPEAR

☐ MISDEMEANOR   D122928

| Date of Violation | Time | Day of Week | Cas. No. |
|---|---|---|---|
| 10 28 13 | 21:45 ☐ AM ☐ PM | S M T W T F S | |

**Name** (First, Middle, Last): TRAVIS MIDDLETON

**Address:** 27 W. ANAPAMU ST #153

| City | State | ZIP Code | ☐ Juvenile (Phone No.) |
|---|---|---|---|
| SB | CA | 93101 | |

| Driver Lic. No. | State | Class. | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| B5773032 | CA | C | ☐ Yes ☐ No | | 5 17 162 |

| Sex | Hair | Eyes | Height | Weight | Race | I.D. IN POSSESSION |
|---|---|---|---|---|---|---|
| M | BLK | BRO | 507 | 170 | B | ☒ YES ☐ NO |

| Veh. Lic. No. or VIN | State |
|---|---|
| 6A77105 | CA |

☐ **COMMERCIAL VEHICLE** (Veh. Code, § 15210(b))

| Yr. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|
| 95 | MER | E320 | 4DR | SIL |

☐ **HAZARDOUS MATERIAL** (Veh. Code, §353)

**Evidence of Financial Responsibility:** LIBERTY MUTUAL   VALID

**Registered Owner or Lessee**   ☒ Same as Driver

**Address**   ☒ Same as Driver

**City**          **State**     **ZIP Code**

| Correctable Violation (Veh. Code §40610) | ☐ BOOKING REQUIRED (SEE REVERSE) | | Misdemeanor or Infraction (Circle) |
|---|---|---|---|
| Yes | No | Code and Section | Description | |
| ☒ | ☐ | 26708(a) VC | TINTED | M ⓘ |
| ☐ | ☐ | WINDOWS | | M I |
| ☐ | ☐ | | | M I |
| ☐ | ☐ | | | M I |

| Speed Approx. | P.F./Max. Spd | Veh. Lmt. | ☐ Radar ☐ Fork ☐ Laser Number | ☐ Survey ☐ School ☐ Playground | N |

**Location of Violation(s):** at 300 W. VICTORIA ST

**City/County of Occurrence**

W          E

**Comments** (Weather, Road & Traffic Conditions): 22107 VC / 22108 VC   ☐ Accident

S

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| Arresting or Citing Officer | I.D. No. | Dates Off |
|---|---|---|
| FREYTAG | 6377 | to |

| Date | Name of Arresting Officer, if different from Citing Officer | I.D. No. | Dates Off |
|---|---|---|---|
| / / | | | to |

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.**

X Signature _____

**WHEN:** ON OR BEFORE THIS DATE 1 30 14   Time: 0800 ☒ AM ☐ PM

Time: _____ ☐ AM ☐ PM

**WHAT TO DO:** FOLLOW THE INSTRUCTIONS ON THE REVERSE.

**WHERE:** SANTA BARBARA SUPERIOR COURT

Clerk's Office
118 E. Figueroa Street, **Ground Floor**
Santa Barbara, CA 93101

**Monday - Friday**
Traffic Dept.   (805) 568-3959
Criminal Dept.   (805) 568-3959
Phone Hours: 9:00 a.m. – Noon
1:30 p.m. – 4:00 p.m.

☐ To be Notified   ☐ You may arrange with the clerk to appear at a NIGHT session of the Court

**[ ] PROBATION DEPARTMENT (Juvenile Misdemeanor Violations and non-driver violations only.) Violator will be notified when/where to appear.**

Notice to Appear forms approved by the Judicial Council of California
Rev. 07-20-05 (Veh. Code §§40500(b), 40513(b), 40522, 40600; Pen. Code §853.9)

SEE REVERSE
TR-130

‖‖‖‖‖ * B 7 2 2 9 2 8 *   COURT COPY

01-08-14 Travis Middleton, B722928, Minor Offense SB, Viol Date: 12-28-13, Time:  9:34 pm, Agcy: Santa Barbara Police, Pending, Maxwell

Viol Date 04-23-14, FTA, CIVIL ASSESSMENT - SUSPEND LICENSE [AVC40509.5], Disposed: Pending

1 Viol Date 12-28-13, RESTRICTED VIEW, SIGN, ETC [IVC26708A], POC: Yes, Disposed: Pending

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA
Darrel E. Parker, Executive Officer

Number: 5041221     06-06-14      1:19 pm
Travis Middleton
Figueroa Cash

G   B722928

CT-Prepare a Copy (150)           1.00
                           ------------
               File Total:        1.00

JCALFO         Total Paid:        1.00

*****************************************

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Travis Middleton
27 West Anapamu Street
# 153
Santa Barbara, California 93101

Santa Barbara Superior Court
Traffic Division
118 E. Figueroa St.
Santa Barbara, CA 93101

Date: March 20, 2014

Re: Citation # B722928                    *Certified Mail:70122920000234412771*

### Constructive Notice

### Pursuant to Federal Rules (F.r.) 102, 104(b), 201(b)(d)(f), 402, 406 and F.R.C.P. 9(b).

**Dear Sirs,**

I am in receipt of your response letter to my Denial and Return of your citation number B722928 dated March 10, 2014. Your letter states that I *must either pay the amount of $197, submit the correction along with the fee of $25, post bail for trial in the amount of $197 or appear in court for Arraignment. Your deadline to either pay or appear in court for Arraignment is April 9, 2014.*

You are hereby put on **NOTICE** timely under the provisions of *United States v. Lanier* on certiorari No. 95-1717; U.S. V. FREGA, 179 F.3rd 793 (9th Cir.1999), that the actions of this tribunal and its actors are subject to Title 18 U.S.C.A. Sections 241, 242, 1961-64 et. Seq., (Obstruction Of Justice under color of authority and under color of law; Extortion Of Rights under color of authority and color of law); and, Title 42 U.S.C.A. Sections 1983, 1985 and 1986 Pursuant to the laws of the United States of America and California.

This tribunal, THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA has not complied with Government Code Section 53051 to properly register on the roster of public agencies for the State of California as required by law. See attached Secretary of State's Certificate of Non-Filing dated June 12th, 2002. As a result of your failure to comply with such requirements, this tribunal has no judicial authority to conduct a trial or other criminal proceeding and confers no in-Personam jurisdiction over my person or property. Your *Notice* is being **REFUSED, DENIED AND RETURN FOR FRAUD UNDER FEDERAL RULES OF CIVIL PROCEDURE 9(b) as a counterfeit security! See attached.**

Additionally, you, your agency, firm, successors, assigns, officers, including, but not limited to prosecutors, law enforcement officials and/or any other person or affiliate claiming any interest in said debt, are hereby put on NOTICE pursuant to Title 18 USC § 4 of the commission of crimes cognizable by a Court of the United States under Title 18 USC §513 to wit: " 513(a) Whoever makes, utters or possesses a counterfeited security of a State or a political subdivision thereof or of an organization, or whoever makes, utters or possesses a forged security of a State or political subdivision thereof or of an

organization, with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten years, or both."

See also Sections 2311, 2314 and 2320 for additional fines and sanctions. Among the securities defined at 18 USC § 2311 is included **"evidence of indebtedness"** which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation or right of action.

The above referenced document (your Notice) qualify as a "counterfeited security" in that the makers (you) have stated them to have been officially signed and sealed as valid claims of a Duty, Obligation or Right Of Action owed by Travis Middleton to you and/or your tribunal:

The above referenced document is a "counterfeit security" because it does not evidence a legal debt or an action conferred by you with any civil or criminal liability owed by Travis Middleton as required by Law. Your activity in attempting to collect on this debt by which you have no contractual nexus with me puts you in violation of the Rosenthal Fair Debt Collection Practice Act, Cal. Civ. Code § 1788 et seq., as well as The Federal Fair Debt Collection Practice Act "FDCPA" at Title 15 U.S.C. 1692e (2) (A), which prohibits false representations as to the character, amount, or legal status of a debt. The FDCPA also prohibits, at 15 U.S.C. § 1692f, attempts to collect charges not authorized by law or agreement. The FDCPA is a strict liability statute, which provides for actual or statutory damages upon the showing of one violation. [Clark v. Capital Credit & Collection Services, Inc., 460 F.3d 1162, 1176 (9th Cir. 2006)]. The Ninth Circuit has held that whether a debt collector's conduct violates the FDCPA should be judged from the stand point of the "least sophisticated debtor." [Baker v. G.C. Service Corp., 677 F.2d 775, 778 (9th Cir. 1982)].

Also, this counterfeit security (your Notice) was sent to me using the United States Mails in violation of 18 U.S.C. § 1341 (mail fraud). 18 U.S.C. § 1341 provides in pertinent parts:

*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.*

Notice that your counterfeit security is being denied and returned to you thus making you liable to me for damages for each occurrence of law violation.

Additionally, you have used the United States Mails venue as your conduit to attempt to extort money from me that is unlawfully owed and due in violation of 18 U.S.C. § 1961(1) & § 1951 (Extortion). Further, the predicate act of extortion is defined by California Penal Code § 518 as "the obtaining of property from another, with his consent ... induced by a wrongful use of force or fear...." Fear, for purposes of extortion "may be induced by a threat, either: 2. To accuse the individual threatened ... of any crime; or, 3. To expose, or impute to him ... any deformity, disgrace or crime[.]" (Cal. Penal Code § 519.) "Every person who, with intent to extort any money or other property from another, sends or delivers to any person any letter or other writing, whether subscribed or not,

expressing or implying, or adapted to imply, any threat such as is specified in Section 519, is punishable in the same manner as if such money or property were actually obtained by means of such threat." (Cal. Penal Code § 523.) You are to cease and desist your collection efforts immediately.

Should you disregard this Notice and proceed to move this action through your tribunal's process and cause me further damage, after receipt of this notice, or you facilitate in my license being suspended or revoked, or should any warrants of arrest by issued against me, will cause me to file suite against you and your officials personally and corporately by suing you under the General Tort Claims Act of this State through a court of competent jurisdiction, which may also include enjoining the **RICO** Statutes **(18 U.S.C. 1961-64 et. Seq.).** I will caused this action to be removed to the United States District Court Central District of California under 28 U.S.C. Sections 1443(1) and 1445 and I will seek any and all legal avenues available to me by law, including but not limited to the filing of commercial liens in the amounts of $5,000,000.00 dollars per each violation against your tribunal and all officers who trespass upon my rights of liberty and privacy. Your cooperation in this matter is greatly appreciated.

Sincerely,

Travis Middleton

CC:

Kamala D. Harris, Attorney General's Office

California Department of Justice

Attn: Public Inquiry Unit

P.O. Box 944255

Sacramento, CA 94244-2550

Certified Mail: 70121010000087017647



# State of California

## SECRETARY OF STATE

# CERTIFICATE OF NON-FILING

I, BILL JONES, Secretary of State of the State of California, hereby certify:

That I am the Official Custodian of records for the Office of the Secretary of State. In that capacity I have conducted a diligent search and have failed to find any records of a filing in this office in accordance with Section 53051 of the Government Code of the State of California for the following:

## THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 12th day of June, 2002



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)

Exh. 1

OSP 99 21636



# SUPERIOR COURT
### STATE OF CALIFORNIA
### COUNTY OF SANTA BARBARA
———

March 10, 2014

Travis Middleton
27  W Anapamu St, #153
Santa Barbara  CA  93101

Dear Mr. Middleton,

The court has received your Denial regarding citation B722928.

To resolve your citation you must either pay the amount of $197, submit the correction along with the fee of $25,  post bail for trial in the amount of $197 or appear in court for Arraignment.

Your deadline to either pay or appear is April 9, 2014.  If you wish to appear, you must check-in with a clerk in the Traffic Department on any Wednesday, Thursday or Friday on or before your due date.

If paying by mail, please make the check payable to CLERK OF THE COURT and mail to:

Traffic Department
118 E. Figueroa Street
Santa Barbara   CA   93101

Should you have any questions regarding this information or regarding options for contesting the violation, please feel free to contact our office at (805) 568-3959.

Respectfully,

*Traffic Department*
*Figueroa Division*
*Santa Barbara Superior Court*

I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS !

Travis Middleton   UCC 1-308
UCC 1-201(b)(1)(2)
Without Prejudice

DENIED AND RETURNED !
Notice of Counterfeit Security —
18 U.S.C. 513(a); 18 U.S.C. Sec 2311

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

SANTA BARBARA CA 93101

| | | | |
|---|---|---|---|
| Postage | $ | $0.70 | 0030 |
| Certified Fee | | $3.30 | 11 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.70 | 03/20/2014 |

Sent To *Santa Barbara Superior Court*

Street Apt No.; or PO Box No. *118 E Guiroa St.*

City, State, ZIP+4 *Santa Barbara, CA 93101*

PS Form 3800, August 2006                    See Reverse for Instructions

7012 2920 0002 3441 2771

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Santa Barbara Superior Court, Traffic Division 118 E. Figueroa St. Santa Barbara, CA 93101*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  *KW. Broderick*  C. Date of Delivery *3-21-14*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7012 2920 0002 3441 2771

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

NOTICE OF REMOVAL- 6

Santa Barbara County Superior Court - Santa Barbara-Figueroa

Minor Offense Case Summary

Arresting Agency: Santa Barbara Police    Case Number: B722928
Date of Viol: 12/28/13    File Date: 01/08/14

Defendant: Middleton, Travis    Birthdate: 05/07/62
27 West Anapamu St 153    Age at Offense: 51
SANTA BARBARA, CA 93101

Drivers License #: B7730312    State: CA    Signed/Owner: Yes
Sex: Male   Hair: Black   Eyes: Brown    Height: 5'7"    Weight: 190
Veh Lic#: 6AZTL05 CA  1995 Merz E320    HazMat:    ComVeh:

Registered Owner:   SAME AS DEFENDANT

COLLECTIONS: Start Date Program    Amount
03/06/14  COURT    $ 507.00 FY 13/14

Charge Information:    Priors Last 3 years:0

| Ct | Charge | Conv? | Charge Description | Charge Disp | Dispo Date | Bail by Charge | TS |
|----|--------|-------|-------------------|-------------|-----------|----------------|----|
| 0 | A 40509.5 VC |  | CIVIL ASSESSMENT - SUSPEND LICENSE | Pending |  | 310.00 | N |
| 1 | I 25708A VC | Y | RESTRICTED VIEW, SIGN, ETC | Pending |  | 197.00 | N |

Date to Appear: 04/09/14   Officer(s): Freytag    Badge #: SBPD - 5377    Var:

Viol. Location:
Comments:
Scheduled Hearings:    Event    Date    Time    Dept
Arraignment    06/13/14    8:30 am    SB7
Note: FTA Civil Assessment

Traffic School:
Deft. Eligible: Yes    TS Fee Due by:    Compl Cert Due by:

Calculated Bail:
Bail Type    Bail Amount
Bail Forfeiture -    $ 507.00
With All Corrections -    $ 335.00

Open Items:
Type    Order Date    Total Ordered    Amount Paid    Balance Due    Next Pay Date

Bail Posted:
Date    Type    Amount    Bail ID    Posted By    Status

Warrant Information
Date    Warrant    Bail Amount    Type    Status

Print Date: 06/13/14

---

DATE    06/13/14
JUDGE   Honorable Pauline Maxwell
CLERK   Baker, Lozi
INTERPRETER _____
ATTORNEY _____

**SENTENCE**

( ) **FINE:** Defendant sentence to pay a fine of
$ _____

( ) $300 Civil Assessment imposed.
( ) Civil Assessment
☐ reduced to $_____ ☐ dismissed.
Including assessments to the Clerk of Court
by _____ or appear.
( ) Pay $ _____ per ☐ mo ☐ 3 mo period,
starting _____
plus pay $35 installment/$30 time to pay fee.
( ) Suspend $ _____
with correction by _____
( ) **JAIL:** As to Ct(s) _____
serve _____ hrs/days/mos in Santa Barbara
County Jail ( ) credit for _____ time served

( ) **LICENSE SUSPENDED:**

( ) **TRAFFIC SCHOOL:** Continued to
_____
for completion of traffic school, pay fine plus
$_____ mandatory administrative fee to court.
( ) **DISMISS:** Count(s) _____
ordered dismissed
( ) with correction by _____
**CUSTODY:**
( ) Defendant released this case only.
( ) Remanded to the custody of the Sheriff's
Department. Bail set at $ _____
**CASH BAIL / BAILBOND ORDERED:**
( ) Exonerated ( ) Apply to fine ( ) Forfeited
( ) Reinstated ( ) with ( ) without
$ _____ reinstatement fee

**CONTINUATION PROCEEDINGS**

( ) No appearance by Defendant
( ) Bench Warrant Ordered. ( ) may forfeit
( ) Bail set at $ _____
( ) Bench Warrant Ordered Recalled
( ) No further proceedings
( ) Continued to _____
at _____ am/pm, Dept.
for _____

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | FOR COURT USE ONLY |
|---|---|

| STREET ADDRESS: | 118 East Figueroa Street |
| CITY AND ZIP CODE: | Santa Barbara, CA 93101 |
| PHONE NUMBER: | (805) 568-2780 |
| BRANCH NAME: | Criminal Division |

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA

JUN 1 3 2014

Darrel E. Parker, Executive Officer
BY _____
Teri Baker, Deputy Clerk

PLAINTIFF: People of the State of California

DEFENDANT:

**ORDER FOR RELEASE OF PRISONER**

CASE NUMBER:

| CHARGES(S): | ARRESTING AGENCY: | BOOKING NO.: |
|---|---|---|

**TO THE SHERIFF OF SANTA BARBARA COUNTY, SANTA BARBARA, CALIFORNIA:**

You are hereby authorized and directed to release the above named defendant from custody and hold this order as your authority for so doing.

Defendant is directed to appear on _____ at ☐ 8:15 am / ☐ 12:45 pm at Santa Barbara Superior Court, Criminal Division, 118 East Figueroa St., Santa Barbara, in Department ☐ 7 / ☐ 8.

☐ **Defendant is directed to appear in person.**

_____     _____     _____
Date                                 Judge                                    Pretrial Services

**AGREEMENT FOR O.R. RELEASE (P.C. §1318)**

I, the undersigned, do hereby, in consideration of being released upon my own recognizance, that:

☒ 1. I will appear at all times and places as ordered by the court or magistrate releasing me and as ordered by any court in which, or any magistrate before whom the charge is subsequently pending;

☒ 2. I will obey all laws and reasonable conditions imposed by the court or magistrate.

☒ 3. I will not depart this state without permission of the court.

☒ 4. If I fail to appear as required and am apprehended outside the State of California, I waive extradition;

☒ 5. If I fail to appear or I violate any condition of this order or if there is a change of circumstances which increases the risk of failure to appear or additional facts are presented which are unknown at this time, any court or magistrate may revoke the order of release and return me to custody or require that I give bail or other assurance of my appearance.

☐ 6. I will avoid all contact with witnesses and/or victims: _____

☐ 7. I will avoid the following neighborhoods and personal associations: _____

☐ 8. I will not consume alcohol or use illegal substances of any kind.

☐ 9. I will participate in the following counseling programs: _____

☐ 10. I will submit to search and seizure upon official demand with/without probable cause or warrant, at any time.

☐ 11. I will not own, possess or have under my control weapons/illegal substances/drug paraphernalia.

☐ 12. I will contact Pretrial Services on Mondays and Fridays before 9:00 am at 805-681-5645 until further notice.

☐ 13. Other: _____

**Notice:** Every person who is charged with the commission of a misdemeanor who is released on his/her own recognizance and who willfully fails to appear as he/she agreed, is guilty of a misdemeanor and, upon conviction, is punishable by imprisonment in the County Jail for a period not to exceed 6 months, or by a fine not to exceed $1000, or by both. **[P.C. §19, 1320(a)].** Every person who is charged with the commission of a felony who is released on his/her own recognizance who willfully fails to appear as he/she agreed, is guilty of a felony, and upon conviction thereof may be punished by a fine not exceeding five thousand dollars and by imprisonment in the state prison, or in the County Jail for not more than one year, or by both such fine and imprisonment. **[P.C. §1320(b)]**

I declare under penalty of perjury under the laws of the State of California, that I have been informed of and understand: (a) that I am to appear on the above date, and (b) the consequences and penalties applicable to violation of the conditions or release.

| Date: | _____ | Signed: | _____ |
| Phone: | _____ | Address: | _____ |

SC-3035SB [Rev. 03/2011]                    **ORDER FOR RELEASE OF PRISONER**                    PC §1318

White – Jail Copy   Yellow – Court Copy   Pink – Defendant's Copy

## PROOF OF SERVICE BY MAIL

I am a resident of the County of Santa Barbara, California with an address of 322 Pebble Beach Drive Goleta, California 93117. I am over the age of 18 and not a party to the within action. On July 18, 2014, I served the document attached hereto on opposing party(s) in this action by placing a true correct copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States Mail at Santa Barbara, California, addressed to:

The Office of The District Attorney
1112 Santa Barbara, Street
Santa Barbara, California 93101

_____
Marina Read

See Notice of lodging

**EXHIBIT H** [Audio recording of traffic court]

Civil Rights Complaint

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT I** [Abstract of judgment from traffic court]

Civil Rights Complaint

CLERK'S DOCKET AND MINUTES

Santa Barbara County Superior Court - Santa Barbara-Figueroa

## Minor Offense Case Summary

| | | | |
|---|---|---|---|
| Arresting Agency: | Santa Barbara Police | Cite Number: | B722928 |
| Date of Viol: | 12/28/13 | File Date: | 01/06/14 |

| | | | |
|---|---|---|---|
| Defendant: | Middleton, Travis | Birthdate: | 05/07/62 |
| | 27 West Anapamu St 153 | Age at Offense: | 51 |
| | SANTA BARBARA, CA 93101 | | |

| | | | |
|---|---|---|---|
| Drivers License #: | B7730312   State: CA | Signed/Owner: | Yes |
| Sex: Male   Hair: Black   Eyes: Brown | | Height: 5'7"   Weight: 190 | |
| Veh Lic#: 6AZT105 CA  1995 Merc E320 | | HazMat:   ComVeh: | |

Registered Owner:   SAME AS DEFENDANT

| COLLECTIONS: | Start Date Program | Amount |
|---|---|---|
| | 03/06/14   COURT | $ 507.00 FY 13/14 |

**Charge Information:**                                          Priors Last 3 years:0

| Ct | Charge | Corr? | Charge Description | Charge Dispo | Dispo Date | Bail By Ct | Charge |
|---|---|---|---|---|---|---|---|
| 0 | A 40509.5 VC | | CIVIL ASSESSMENT - SUSPEND LICENSE | Pending | | 310.00 | N |
| 1 | I 26708A VC | Y | RESTRICTED VIEW, SIGN, ETC | Pending | | 197.00 | N |

| | | | |
|---|---|---|---|
| Date to Appear: | Officer(s): | Badge #: | Vac: |
| 04/09/14 | Freytaq | 3BPD - 6377 | |

Viol. Location:
Comments:

| Scheduled Hearings: | Event | Date | Time | Dept |
|---|---|---|---|---|
| | Arraignment | 06/13/14 | 8:30 am | 3B7 |

Note: FTA Civil Assessment

**Traffic School:**
Deft. Eligible: Yes     TS Fee Due by:          Compl Cert Due by:

**Calculated Bail:**

| Bail Type | Bail Amount |
|---|---|
| Bail Forfeiture - | $ 507.00 |
| With All Corrections - | $ 335.00 |

**Open Items:**

| Type | Order Date | Total Ordered | Amount Paid | Balance Due | Next Pay Date |
|---|---|---|---|---|---|

**Bail Posted:**

| Date | Type | Amount | Bail ID | Posted By | Status |
|---|---|---|---|---|---|

**Warrant Information**

| Date | Warrant | Bail Amount | Type | Status |
|---|---|---|---|---|

Print Date:  06/13/14

---

| | |
|---|---|
| DATE | 06/13/14 |
| JUDGE | Honorable Pauline Maxwell |
| CLERK | Baker, Lori |
| INTERPRETER | |
| ATTORNEY | |

**SENTENCE**

( ) **FINE:** Defendant sentence to pay a fine of

$ _____

_____

_____

( ) $300 Civil Assessment imposed.
( ) Civil Assessment
☐ reduced to $_____ ☐ dismissed.
Including assessments to the Clerk of Court
by _____ or appear.
Pay $ _____ per ☐ mo ☐ 3 mo period,
starting _____
plus pay $35 installment/$30 time to pay fee.

( ) Suspend $ _____
with correction by _____

( ) **JAIL:** As to Ct(s) _____
serve _____ hrs/days/mos in Santa Barbara
County Jail ( ) credit for _____ time served

( ) **LICENSE SUSPENDED:**

( ) **TRAFFIC SCHOOL:** Continued to

for completion of traffic school, pay fine plus
$_____ mandatory administrative fee to court.

( ) **DISMISS:** Count(s) _____
ordered dismissed
( ) with correction by _____

**CUSTODY:**
( ) Defendant released this case only.
( ) Remanded to the custody of the Sheriff's
Department. Bail set at $ _____

**CASH BAIL / BAILBOND ORDERED:**
( ) Exonerated ( ) Apply to fine ( ) Forfeited
( ) Reinstated ( ) with ( ) without
$ _____ reinstatement fee

**CONTINUATION PROCEEDINGS**

( ) No appearance by Defendant
( ) Bench Warrant Ordered. ( ) may forfeit
( ) Bail set at $ _____
( ) Bench Warrant Ordered Recalled
( ) No further proceedings
( ) Continued to 2/1/14
at 8:30 (am/pm), Dept. #74
for _____

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA

**CLERK'S DOCKET AND MINUTES**

DATE _____ JUDGE _____ CLERK _____ INTERPRETER _____ ATTY _____

**DEFENDANT IN COURT.** Defendant duly arraigned and informed of the charges against him. Defendant advised that he is entitled to a public trial within 45 days; to the aid of the Court in producing witnesses in his behalf; to be confronted by and question the witnesses against him; to a trial by court or jury, if charge is a misdemeanor, and to be represented by a lawyer of his own choosing or to court appointed attorney if cannot afford one if charge is a misdemeanor of any kind. Defendant was advised of the maximum and minimum sentence, and other consequences of a plea of guilty or nolo contendere.

**DEFENDANT WAIVES HIS/HER RIGHT TO:**
(  ) Remain silent        (  ) Attorney        (  ) Court Trial        (  ) Jury Trial        (  ) Witnesses, subpoena and confrontation

**DEFENDANT ENTERED A PLEA OF:**
(  ) GUILTY all counts        (  ) NO CONTEST all counts        (  ) NOT GUILTY all counts
    (  ) GUILTY Cts _____        (  ) NO CONTEST Cts _____        (  ) NOT GUILTY Cts _____        (sentence on reverse)

**THE COURT FINDS:**
(  ) That all waivers were knowingly, intelligently and understandingly made.        (  ) The plea is freely and voluntarily made.        (  ) Plea is accepted by the Court.

_____

_____

_____

_____

DATE _____ JUDGE _____ CLERK _____ INTERPRETER _____ ATTY _____

Defendant (  )Present (  )Not Present          Officer (  )Present (  )Not Present          DDA _____

**WITNESSES SWORN AND TESTIFIED FOR THE PEOPLE:**                **EXHIBITS ON BEHALF OF THE PEOPLE:**        MK        ADM
_____        _____        [ ]        [ ]
_____        _____        [ ]        [ ]
_____        _____        [ ]        [ ]

**WITNESSES SWORN AND TESTIFIED FOR THE DEFENDANT:**                **EXHIBITS ON BEHALF OF THE DEFENDANT:**        MK        ADM
_____        _____        [ ]        [ ]
_____        _____        [ ]        [ ]
_____        _____        [ ]        [ ]

**COURT FINDS THE DEFENDANT:** (  ) GUILTY  (  ) NOT GUILTY   (sentence on reverse)

_____

_____

_____

**FIGUEROA DIVISION**
118 EAST FIGUEROA ST. - PHONE 568-3959
SANTA BARBARA, CA 93101
24 HOUR CASE INFORMATION LINE 568-3959

**LOMPOC DIVISION**
115 CIVIC CENTER PLAZA - PHONE 737-7789
LOMPOC, CA 93436
24 HOUR CASE INFORMATION LINE 737-7789

**SANTA MARIA MILLER DIVISION**
312-M EAST COOK ST. - PHONE 614-6590
SANTA MARIA, CA 93454
24 HOUR CASE INFORMATION LINE 346-7550

**SOLVANG DIVISION**
1745 MISSION DRIVE - PHONE 686-5040
SOLVANG, CA 93463

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**

| | | FOR COURT USE ONLY |
|---|---|---|
| STREET ADDRESS: | 118 East Figueroa Street | |
| CITY AND ZIP CODE: | Santa Barbara, CA 93101 | F I L E D |
| PHONE NUMBER: | (805) 568-2780 | SUPERIOR COURT OF CALIFORNIA |
| BRANCH NAME: | Criminal Division | COUNTY OF SANTA BARBARA |

PLAINTIFF: People of the State of California

JUN 1 3 2014

Darrel E. Parker, Executive Officer

DEFENDANT: *Travis Middleton*

BY _____ Lori Baker, Deputy Clerk

## ORDER FOR RELEASE OF PRISONER

CASE NUMBER: 1320975

CHARGES(S): 108 A VC        ARRESTING AGENCY: SBPD        BOOKING NO.:

**TO THE SHERIFF OF SANTA BARBARA COUNTY, SANTA BARBARA, CALIFORNIA:**

You are hereby authorized and directed to release the above named defendant from custody and hold this order as your authority for so doing.

Defendant is directed to appear on __7-31-14__ at ☐ 8:15 am / ☐ 12:45 pm at Santa Barbara Superior Court, Criminal Division, 118 East Figueroa St., Santa Barbara, in Department ☐ 7 / ☐ 8.

☒ **Defendant is directed to appear in person.**

_6/13/14_        _Parker Maxwell_        _____
Date                    Judge                    Pretrial Services

## AGREEMENT FOR O.R. RELEASE (P.C. §1318)

I, the undersigned, do hereby, in consideration of being released upon my own recognizance, that:

☒ 1. I will appear at all times and places as ordered by the court or magistrate releasing me and as ordered by any court in which, or any magistrate before whom the charge is subsequently pending;

☒ 2. I will obey all laws and reasonable conditions imposed by the court or magistrate.

☒ 3. I will not depart this state without permission of the court.

☒ 4. If I fail to appear as required and am apprehended outside the State of California, I waive extradition;

☒ 5. If I fail to appear or I violate any condition of this order or if there is a change of circumstances which increases the risk of failure to appear or additional facts are presented which are unknown at this time, any court or magistrate may revoke the order of release and return me to custody or require that I give bail or other assurance of my appearance.

☐ 6. I will avoid all contact with witnesses and/or victims: _____

☐ 7. I will avoid the following neighborhoods and personal associations: _____

☐ 8. I will not consume alcohol or use illegal substances of any kind.

☐ 9. I will participate in the following counseling programs: _____

☐ 10. I will submit to search and seizure upon official demand with/without probable cause or warrant, at any time.

☐ 11. I will not own, possess or have under my control weapons/illegal substances/drug paraphernalia.

☐ 12. I will contact Pretrial Services on Mondays and Fridays before 9:00 am at 805-681-5645 until further notice.

☐ 13. Other: _____

**Notice:** Every person who is charged with the commission of a misdemeanor who is released on his/her own recognizance and who willfully fails to appear as he/she agreed, is guilty of a misdemeanor and, upon conviction, is punishable by imprisonment in the County Jail for a period not to exceed 6 months, or by a fine not to exceed $1000, or by both. **[P.C. §19, 1320(a)].** Every person who is charged with the commission of a felony who is released on his/her own recognizance who willfully fails to appear as he/she has agreed, is guilty of a felony, and upon conviction thereof may be punished by a fine not exceeding five thousand dollars and by imprisonment in the state prison, or in the County Jail for not more than one year, or by both such fine and imprisonment. **[P.C. §1320(b)]**

I declare under penalty of perjury under the laws of the State of California, that I am been informed of and understand: (a) that I am to appear on the above date, and (b) the consequences and penalties applicable to violation of the conditions or release.

Date: _6/13/2014_        Signed: _Travis Middleton_
Phone: _805-284-6562_    Address: _27 West Mingonny #153_
_Santa Barbara, CA 93101_

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
|---|---|
| Travis Middleton | Santa Barbara Police Department, City of Santa Barbara, Camerino Sanchez, Off. Freytag, Off. B. Jensen, Off. Chung, Denise DeBellefueille, Lee Carter, John/Jane Doe Clerk |

| **(b) County of Residence of First Listed Plaintiff**   Santa Barbara | **County of Residence of First Listed Defendant**   Santa Barbara |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | **Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|
| 27 West Anapamu Street No. 153 Santa Barbara, California [93101] (805) 284-6562 | Unkown at this time. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 900,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. Section 1983 & 1986 for violations of constitutional & civil rights under Amendments 4, 5, & 14 of the U.S. Constitution.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   CV15-09818

CV-71 (10/14)                                    **CIVIL COVER SHEET**                                    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☒ Yes  ☐ No | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1.** Is there at least one answer in Column A? | **D.2.** Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☒ Yes  ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**
☐ NO   ☒ YES

If yes, list case number(s):   cv14-5591

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**  _Jean Middleton_    DATE:  December 22, 2015

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |