1  Travis Middleton
2  27 West Anapamu St. #153
3  Santa Barbara, California 93101
   Telephone: 805-284-6562
4  Email: travis_m_93101@yahoo.com



FILED
CLERK, U.S. DISTRICT COURT

MAR 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TRAVIS MIDDLETON, (misnomer)<br>Applicant,<br>vs.<br>Santa Barbara Police Department,<br>City of Santa Barbara,<br>Camerino Sanchez, individually and in his official capacity,<br>Officer Freytag, individually,<br>Officer B. Jensen individually,<br>Officer Chung, individually,<br>Denise DeBellefueille, individually,<br>Lee Carter, individually,<br>John/Jane Doe court clerk, individually and in his/her official capacity,<br><br>Defendants. | APPLICATION / MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE SUMMARY JUDGMENT PURSUANT TO<br>Fed. R. Civ. P. 12(c), 56(c) & UCC 1-103.6<br><br>This Application is filed under the American Free Flag of peace of the united states of America. No jurisdiction under any American flags of war will be accepted in this Case Incorporation<br><br>Incorporated Case No. CV-15-09818 SVW(AGR)<br><br>Magistrate Judge: Hon. Alicia G. Rosenberg<br>Ctrm: B – Eighth Floor |

[Summary of pleading] - 1

TO DEFENDANTS COUNSEL AND ALL PARTIES AT INTERST:

I, Travis Middleton, hereinafter Party Injured, being duly sworn according to law, having first-hand knowledge of the facts herein, and being competent to testify, do affirm that the facts herein are stated by the Party Injured, and are true, correct and complete, stated under the penalties of perjury pursuant to the laws of the United States of America.

1). I know all men by these presents, Travis Middleton, brings this Application for relief pursuant to F.R.C.P. 12(c) and/or Rule 56(c), for the people of the united States of America, under the American Flag of peace, without an attorney, ex rel. and states:

2). Ex rel.: for the people of the united states; "…But it is the manner of enforcement which gives Title 42 U.S.C. 1983 its unique importance, for the enforcement is placed in the hands of the people." Each citizen, "acts as a private attorney general who takes on the mantle of the sovereign, guarding for all of us the individual liberties enunciated in the constitution." Section 1983 represents a balancing feature in our government structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special importance that suits brought under this statute be resolved by a determination of truth." Wood v. Breir, 54 F.R.D. 7, (1972).

3). Definition: "Case Incorporated", the formation of a legal body, with the quality of perpetual existence and succession. (2). Consisting of an association of numerous individuals. (3). Matters relating to the common purpose of the association, within the scope of the powers and authorities conferred upon such bodies with the quality of perpetual existence and successions. Ref. Black's Law Dictionary 67th, Pg. 690. "Case Incorporation" will establish the legal bounds of the members of this lawful assembly to solve a specific "Case Number" and the issues in motion.

Hereinafter:   F.R.C.P. = Federal Rules of Civil Procedure.
              U.S.C.A. = United States Code Annotated.

U.S.C.S. = United States Code Service.

F.R.D. = Federal Rules Decision.

**4).** The judge and attorney(s) has taken an Oath and Affirmation to support and defend that Constitution of the United States of America and the Constitution of the STATE OF CALIFORNIA.

**5).** All officers should take the oath required by the constitution, whether the law under which they hold office prescribe this duty or not. The injunctions of the Constitution in this respect are as obligatory as those of a statute could be.

The Attorneys and the named defendants caused the Injured Party herein damages actionable for monetary relief, pursuant to 42 U.S.C.A. Sec. 1986 and 1983.

FACTS AND FINDINGS OF LAW

**6).** /////

**7).** /////

**8).** United States Constitution Article VI Section 2 provides: This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

**9).** United States Constitution, Article 1, Section 10, in pertinent part…No State shall…pass any Law impairing the Obligation of Contracts.

**10).** 1st Amendment: Freedom of speech and press, and to petition for a redress of grievances.

11). 5th Amendment: No citizen shall be deprived of life, liberty, or property without due process of law.

12). 6th Amendment: Right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, and informed of the nature and cause of the accusation.

13). 7th Amendment: In suits of common law, where the value in controversy shall exceed twenty dollars, the right to trial by jury shall be preserved, and no fact tried except by jury.

14). 9th Amendment: The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

15). 14th Amendment: No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S., nor shall any state deprive any citizen of life, liberty, or property without due process of the law; nor to any citizen the equal protection of the law.

16). F.R.C.P. Rule 4. Process, (a) Summons, (b) Form, (c) Service, (d) Summons and Complaint, (g) Return Proof, (h) Amendments, (j) Time.

17). F.R.C.P. Rule 5 Service, (a) Required (d) Filing certificate.

18). F.R.C.P. Rule 6 Time, (a) Computation (d) Motions and Affidavits.

19). F.R.C.P. Rule 7 Pleadings, (a) Pleadings (b) Motions.

20). F.R.C.P. Rule 8 Rules of Pleadings, (a) Claim for Relief (b) Defense form of Denials (c) Affirmative Defense (d) Failure to deny (e) Pleading concise.

21). F.R.C.P. Rule 9 Pleading special (b) Fraud (e) Judgments (f) Time and place (g) Special damage.

22). F.R.C.P. Rule 10 Form of Pleadings (a) Captions (b) Paragraphs.

23). F.R.C.P. Rule 11 Signing of Pleadings, Sanctions.

24). F.R.C.P. Rule 12 (a) Time of presented (b) How presented (c) Motion, Judgment on Pleadings (f) Motion to Strike (h) Waiver (Subject Matter).

25). F.R.C.P. Rule 15 Amended and Supplemental Pleadings a.b.c.d.

F.R.C.P. Rule 16, (f) Sanctions (No contract, no fees).

F.R.C.P. Rule 18, and 19 Joinder.

F.R.C.P. Rule 24, Title 28, U.S.C. 2403 – Challenging Constitutionality.

F.R.C.P. Rule 38, Trial by Jury.

F.R.C.P. Rule 41, Dismissal of Action Voluntarily.

F.R.C.P. Rule 49, Issues sent to Jury by Demand.

F.R.C.P. Rule 50, New Trial.

F.R.C.P. Rule 54, Demand for Judgment.

F.R.C.P. Rule 55, Default.

F.R.C.P. Rule 56, Summary Judgment.

**26). Notice:** "Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment,"; "Where there are no depositions admissions, or affidavits the court has no facts to rely on for a summary determination. See "Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647.

**27).** This applies both with Federal Rules of Evidence and State Rules of Evidence.... there must be a competent first hand witness (a body). There has to be a real person making the complaint and bringing evidence before the court. Corporations are paper and can't testify. The opposing counsels' motions fall short of this evidence rule.

**28).** "Manifestly, [such statements] cannot be properly considered by us in the disposition of [a] case." United States v. Lovasco (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752,

**29).** "Under no possible view, however, of the findings we are considering can they be held to constitute a compliance with the statute, since they merely embody conflicting statements of counsel concerning the facts as they suppose them to be and their appreciation of the law which they deem applicable, there being, therefore, no attempt whatever to state the ultimate facts by a consideration of

which we would be able to conclude whether or not the judgment was warranted." Gonzales v. Buist. (04/01/12) 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct. 463.

**30).** Defendants have no immunity based upon Heck v Humphrey or Rooker-Feldman Doctrines. See Exon Mobile; *re Sun Valley Foods Co.* In *Exxon Mobil*, the Court clarified that not all actions dealing with the "same or related question" resolved in state court are barred in federal court. Instead, a district court must retain a case that presents an "independent claim" even if, along the way, the claimant challenges or denies some conclusion reached by the state court. See, *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U. S. 280, 284 (2005). *"We hold that the Rooker-Feldman doctrine does not bar plaintiffs from proceeding, and vacate the District Court's judgment"*.

**31).** The United States Court of Appeals for the Ninth Circuit has also developed a recent body of case law creating a fraud exception to Rooker-Feldman. In *Kougasian v. TMSL, Inc.*, the court held that the plaintiff's assertions of extrinsic fraud in the procurement of the state-court judgment prevented Rooker-Feldman's application.

**32).** Kalina v. Fletcher U.S. Supreme Court no. 96-792 (overruling Ninth Cir.) 12/10/1997 prosecutors are only entitled to qualified immunity.

Figueroa v. Clark 810,F. Supp. 613 (E.D. Pa. 11/5/1992 A prosecutorial misconduct action in Federal court may lead to state court action, and eventually release of prisoner.

**33).** Beightol v. Kunowsky D.C. Pa. 1974 382 F. Supp. 98 (the Court held) "Absent highly unusual circumstances defenses of Executive Immunity and Good Faith by public officials in carrying out duties should be submitted to jury"

**34). Notice:** Courts review a Fed. R. Civ. P. 12(c) motion for judgment on the pleadings under the same standard used for analyzing a Fed. R. Civ. P. 12(b)(6) motion to dismiss. Fajardo v. County of Los Angeles, 179 F.3d 698, 699 (9th Cir. 1999). "[J]udgment on the pleadings is proper when, taking all the allegations in

the non-moving party's pleadings as true, the moving party is entitled to judgment as a matter of law." Ventress v. Japan Airlines, 486 F.3d 1111, 1114 (9th Cir. 2007).

**35). Notice**: The Fourteenth Amendment states:
No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. U.S. Const. Amend. XIV.
The Fifth Amendment states:
No person shall be held to answer for a capital, or otherwise infamous crime............nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. U.S. Const. Amend. V.

**36). Notice**: 42 U.S.C. Section 1983 provides:
Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**37).** These provisions and Amendments to the united States Constitution are self evident and the supreme law of the land and this court and all judges and attorneys are bound to follow its mandates.

**38). Notice**: Fed. R. Civ. P. 56(c) provides that a judgment should be rendered "if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Party Injured herein contend that there are no material facts in dispute in this case involving either facts or law with respect to the united States Constitution and violations under 42 U.S.C. Section 1983, 1985 & 1986, and that Applicant is entitled to judgment as a matter of law.

Dated this 29th day of February, 2016

*/s/ Travis Middleton*
Travis Middleton

CERTIFICATE OF SERVICE

This is to certify that I have on this 29th day of February, 2016 placed a true and correct copy of the:

PLAINTIFF'S **APPLICATION / MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE SUMMARY JUDGMENT** in incorporated case No. CV-15-09818 SVW(AGR) at the below address, or by depositing the same in the U.S. Mails, at 105 East Anapamu Street, Room 201 Santa Barbara, California 93101, addressed to the below attorney for all named Defendants: COUNTY COUNSEL, LISA A. ROHTHSTEIN, Attorney for Lee Carter,

AND;

Tom R. Shapiro, Assistant City Attorney, street address: 740 State street, Suite #201 Santa Barbara, California 93101; Mailing address: P.O. Box 1990 Santa Barbara, California 93102, Attorney for Defendants Santa Barbara Police Department, City of Santa Barbara, Camerino Sanchez, Officer Freytag, Officer B. Jensen, Officer Chung, AND; To: Marine Pogosyan, Clerk to Magistrate Judge Alicia G. Rosenberg, United States District Court Central District of California 312 North Spring Street Los Angeles, California 90012. Certified Mail No.: 70150640000009104672.

I declare under penalty of perjury that the above is true and correct.

*Travis Middleton* (signature)
Travis Middleton
27 West Anapamu St. #153
Santa Barbara, California 93101

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California )
County of Santa Barbara )

On February 29th 2016 before me, Marina Read,
(here insert name and title of the officer)
personally appeared Travis Middleton
_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Marina Read

MARINA READ
COMM. #1976883
Notary Public - California
Santa Barbara County
My Comm. Expires Apr. 30, 2016

(Seal)

---

## OPTIONAL INFORMATION

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of Application/Motion For Judgement On The Pleadings, containing 9 pages, and dated 2/29/2016.

The signer(s) capacity or authority is/are as:
- [x] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) Travis Middleton, Applicant
  Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification
Proved to me on the basis of satisfactory evidence:
- [x] form(s) of identification  [ ] credible witness(es)

Notarial event is detailed in notary journal on:
Page # ____  Entry # ____

Notary contact: ____

Other
- [ ] Additional Signer(s)  [ ] Signer(s) Thumbprint(s)
- [ ] ____

© Copyright 2007-2011 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

Travis Middleton
627 West Anapamu Street #153
Santa Barbara, California [93101]



Marine Pogosyan, Clerk to:
Magistrate Judge Alicia Rosenberg
United States District Court
Central District of California, Western Region
312 North Spring Street
Los Angeles, California 90012





