# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIDDLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA BARBARA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant. | NO. CV 15-9818-SVW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court has construed the document entitled "Refusal for Fraud" filed on August 4, 2016 as objections to the Report. (Dkt. No. 30.) The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　Plaintiff's objections are without merit and are overruled.

　　　　IT IS ORDERED that (1) the motion to dismiss filed by the City Defendants is granted; (2) the motion to dismiss filed by defendant Carter is granted; (3) Plaintiff's motion for judgment on the pleadings or in the alternative for summary judgment is denied; (4) Plaintiff's mandamus petition is denied; (5) the Complaint is dismissed

1  without leave to amend; and (6) judgment be entered dismissing this action without
2  prejudice.

5  DATED:  November 22, 2016

   STEPHEN V. WILSON
   United States District Judge