1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10   TRAVIS MIDDLETON,                    )        NO.  CV 15-9818-SVW (AGR)
                                          )
11              Plaintiff,                )
                                          )        JUDGMENT
12        v.                              )
                                          )
13   SANTA BARBARA POLICE                 )
     DEPARTMENT, et al.,                  )
14                                        )
                Defendant.                )
15   _____)

16

17        Pursuant to the Order Accepting Findings and Recommendation of United

18   States Magistrate Judge,

19        IT IS ADJUDGED that this action is dismissed without prejudice.

20

21   DATED:  November 22, 2016        _____

22                                       STEPHEN V. WILSON
                                         United States District Judge

23

24

25

26

27

28